**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2021

# Akin Gump
STRAUSS HAUER & FELD LLP

**SUSAN KAY LEADER**
+1 310.728.3342/fax: +1 310.229.1001
sleader@akingump.com

August 31, 2021

VIA ELECTRONIC COURT FILING

The Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Trireme Energy Holdings, Inc. v. Innogy Renewables US LLC*, No. 20-CV-5015

Dear Judge Caproni:

    I write on behalf of Innogy Renewables US LLC and Innogy SE (collectively, "Defendants"), Defendants in the above-referenced matter. Pursuant to Rule 2(C) of Your Honor's Individual Practices in Civil Cases, and with the consent of all parties, I write to request an adjournment of the pretrial conference currently scheduled on October 22, 2021 at 10:30 a.m. In support thereof, I respectfully state as follows:

1. The adjournment of the pretrial conference is requested because the conference is scheduled for October 22, 2021, and I am unavailable on that date.

2. There have been no previous requests to adjourn this setting of the pretrial conference due to counsel's unavailability. However, in relation to the parties' previous requests to extend the discovery deadline, the pretrial conference has been rescheduled in accordance with each extension granted. *See* ECF Nos. 62, 66, 69.

3. Plaintiffs consent to this request for adjournment.

4. The parties are available to hold the pretrial conference on **October 29, 2021**, or on such alternative date as the Court is available.

Thank you for your attention to this request.



The Honorable Valerie E. Caproni
August 31, 2021
Page 2

                                      Sincerely,

                                      */s/ Susan Kay Leader*

                                      Susan Kay Leader

cc:    all counsel of record via ECF

> Application GRANTED.  The October 22, 2021 pretrial conference is ADJOURNED to **November 5, 2021, at 10:30 a.m.**
>
> SO ORDERED.
>
> *[signature]* 9/1/2021
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE