

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2021
```



**SUSAN KAY LEADER**
+1 310.728.3342/fax: +1 310.229.1001
sleader@akingump.com

September 2, 2021

VIA ELECTRONIC COURT FILING

The Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Trireme Energy Holdings, Inc. v. Innogy Renewables US LLC*, No. 20-CV-5015

Dear Judge Caproni:

    I write on behalf of Innogy Renewables US LLC and Innogy SE (collectively, "Defendants"), Defendants in the above-referenced matter. Pursuant to Rule 2(C) of Your Honor's Individual Practices in Civil Cases, with the consent of all parties, I write to request an adjournment of the teleconference with Chambers currently scheduled on September 3, 2021 at 11:00 a.m. In support thereof, I respectfully state as follows:

1. The adjournment of the pretrial conference is requested because the conference is scheduled for September 3, 2021, and my colleague Molly Whitman and I are unavailable, as we are both out of town attending family weddings.

2. Plaintiffs' counsel is not available on September 7 or 8, 2021, due to the Jewish holiday.

3. There have been no previous requests to adjourn this teleconference.

4. Plaintiffs' counsel does not oppose Defendants' application, but they remain ready to appear tomorrow at 11 a.m. and respectfully request that the Court schedule the conference as promptly as possible.

5. The parties therefore respectfully request that the Court adjourn the teleconference to Thursday, September 9, 2021 between 9:00 and 10:00 a.m. ET, or between 12:00 and 1:00 p.m. ET. Alternatively, the parties respectfully request that the Court adjourn the teleconference at the Court's earliest availability after that date.

    Thank you for your attention to this request.



The Honorable Valerie E. Caproni
September 2, 2021
Page 2

                                          Sincerely,

                                          */s/ Susan Kay Leader*

                                          Susan Kay Leader

cc: all counsel of record via ECF

---

The September 3, 2021 teleconference is ADJOURNED to **September 10, 2021, at 11:00 a.m.**  The parties should dial-in using (888) 363-4749; Access Code: 3121171#; Security Code: 5015#.

SO ORDERED.

*[signature]*

9/2/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE