USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

TRIREME ENERGY HOLDINGS, INC.
AND TRIREME ENERGY DEVELOPMENT, LLC,

                              Plaintiffs,

-against-

INNOGY RENEWABLES US LLC,
CASSADAGA WIND LLC, AND INNOGY SE,

                              Defendants.

------------------------------------------------------------- X

20-CV-5015 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 10, 2021, the parties appeared for a teleconference to discuss a discovery dispute;

      IT IS HEREBY ORDERED that Plaintiff's request to add John Badeusz as a custodian is GRANTED. Defendants must produce Mr. Badeusz's documents — and all other outstanding documents — not later than **October 29, 2021**.

      IT IS FURTHER ORDERED that the parties must meet-and-confer on any issues concerning the Rule 30(b)(6) deposition of Defendants not later than **September 17, 2021**.

      IT IS FURTHER ORDERED that the parties' discovery deadlines are ADJOURNED as follows: the fact discovery deadline is **December 31, 2021**, and the expert discovery deadline is **March 31, 2022**. The Court will not grant any additional discovery extensions absent extraordinary circumstances.

      IT IS FURTHER ORDERED that the November 5, 2021 pretrial conference is ADJOURNED to **April 8, 2022, at 12:00 p.m.**

IT IS FURTHER ORDERED that the parties are required to submit monthly joint letters on the status of discovery, with the first such letter due on **October 1, 2021**. Subsequent letters are due on the first of each month, or the first business day thereafter.

The Clerk of Court is respectfully directed to terminate Cassadaga Wind LLC as a Defendant in this case as a result of the Court's August 17, 2021 opinion (Dkt. 67).

**SO ORDERED.**

Date:  September 10, 2021
       New York, NY

                                           **VALERIE CAPRONI**
                                           United States District Judge