```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TRIREME ENERGY HOLDINGS, INC.; and
TRIREME ENERGY DEVELOPMENT, LLC,

                          Plaintiffs,

            -against-

INNOGY RENEWABLES US LLC;
CASSADAGA WIND LLC; and INNOGY SE,

                       Defendants.
-------------------------------------------------------------- X

20-CV-5015 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties have informed the Court of a discovery dispute;

IT IS HEREBY ORDERED THAT a teleconference is scheduled for **Tuesday, October 26, 2021 at 1 p.m.**  The parties may dial-in to the conference at (888) 363-4749 // Access Code 3121171# // Security Code 5015#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  October 22, 2021
       New York, NY

                                          _____
                                              **VALERIE CAPRONI**
                                             **United States District Judge**