UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
TRIREME ENERGY HOLDINGS, INC.              :
AND TRIREME ENERGY DEVELOPMENT,            :
LLC,                                       :
                                           :
                          Plaintiffs,      :      20-CV-5015 (VEC)
                                           :
                -against-                  :      ORDER
                                           :
INNOGY RENEWABLES US LLC,                  :
CASSADAGA WIND LLC, AND INNOGY SE,         :
                                           :
                          Defendants.      :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/21

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 26, 2021, the parties appeared for a teleconference to discuss a discovery dispute;

IT IS HEREBY ORDERED THAT the parties must meet and confer for no less than 3 hours before the end of this week. After the parties have met and conferred, they must submit a joint letter not later than Monday, November 1, 2021 of no longer than 5 pages describing the remaining disputes and each side's position on those disputes. They must also inform the Court of any request for an extension of the discovery deadlines.

IT IS FURTHER ORDERED THAT the joint letter due on Monday, November 1, 2021, may be submitted in place of the monthly discovery letter due at the start of each month. After this letter, the parties must continue to submit monthly discovery letters in compliance with the Court's September 10, 2021 order, *see* Dkt. 78.

**SO ORDERED.**

Date: October 26, 2021
New York, NY

_____
VALERIE CAPRONI
United States District Judge