**WILSON SONSINI**

**MEMO ENDORSED**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

January 5, 2022

**VIA CM/ECF AND EMAIL**
The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Moses_NYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/22

Re:   *Trireme Energy Holdings, Inc. et al. v. Innogy Renewables US, LLC et al.*, No. 1:20-cv-05015-VEC-BCM

Dear Judge Moses:

Defendants Innogy Renewables US LLC and Innogy SE ("Innogy" or "Defendants") respectfully submit this letter pursuant to Section 2(a) of the Court's Individual Practices and the direction of Chambers to request the discovery conference currently scheduled for Thursday, January 6, 2022 at 12:00 PM (ECF No. 95) be rescheduled. This is the first request for the rescheduling of this conference. Defendants' request is due to a scheduling conflict with a court hearing just scheduled in a case in California state court that cannot be moved and requires the participation of Defendants' lead trial counsel.

The parties are available on Thursday, January 6, 2022, after 2:00 PM ET and on Friday, January 7, 2022, from 12:00 PM to 4:00 PM ET. Counsel for Plaintiffs have informed Defendants that they take no position on Defendants' request to reschedule the discovery conference, but they have stated that they are available during the above times.

Application GRANTED. The January 6, 2022 conference is ADJOURNED to **January 7, 2022 at 1:00 p.m.** SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
January 5, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Eli B. Richlin

*Counsel for Defendants*

cc:  All Counsel of Record (via CM/ECF)