UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIREME ENERGY HOLDINGS, INC., et al.,

        Plaintiffs,

  -against-

INNOGY RENEWABLES US LLC, et al.,

        Defendants.

20-CV-5015 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Concerning the continued discovery dispute addressed in Dkt. No. 111:

The parties shall each select up to five exemplar documents, from the 53 contested documents listed on defendants' privilege log, for *in camera* review.

No later than **February 15, 2022**, the parties shall file a joint letter on the public docket that (a) attaches all 53 contested privilege log entries; (b) identifies the exemplar documents selected by each side; and (c) if the log does not already do so, identify each person who authored, sent, received, or was copied on the exemplar documents, provide each such person's employer and title (or function), and state whether such person is an attorney or an attorney's agent (*e.g.* investigator, paralegal). Thereafter, defendants shall promptly email all 10 exemplar documents to the Court for *in camera* review at moses_nysdchambers@nysd.uscourts.gov.

Dated: New York, New York
       February 11, 2022

                    **SO ORDERED**.

                    **BARBARA MOSES**
                    **United States Magistrate Judge**