

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIREME ENERGY HOLDINGS, INC., et al.,

    Plaintiffs,

-against-

INNOGY RENEWABLES US LLC, et al.,

    Defendants.

20-CV-5015 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's discovery conference, it is hereby ORDERED as follows:

1. <u>Dkt. No. 127</u>. No later than **March 30, 2022**, Terra Firma shall search for and produce all remaining documents within its possession, custody, and control, in the following categories: (a) documents and communications, both formal and informal, with Terra Firma's General Partner concerning the Cassadaga project from January 1, 2018, to December 31, 2020; and (b) documents and communications concerning Terra Firma's valuation of the Cassadaga project from January 1, 2018, to December 31, 2020.

2. <u>Dkt. No. 134</u>. No later than March 30, 2022, defendants shall produce John Baduesz's documents for the additional period November 1, 2019 through July 1, 2020.

3. <u>Deposition of Frank Falkenhos</u>. Plaintiffs shall have a total of five hours to examine Frank Falkenhos at his upcoming deposition.

4. <u>Discovery Extension</u>. The fact discovery deadline is extended through **March 30, 2022**, for the limited purpose of the document productions described above.

5. <u>Privilege Log</u>. Any documents withheld above or redacted on privilege grounds from the productions described must be logged in accordance with Local Civ. R. 26.2.

All relief not granted herein is DENIED. The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 134.

Dated:  New York, New York
         March 16, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**