UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
```

TRIREME ENERGY HOLDINGS, INC.            :
AND TRIREME ENERGY DEVELOPMENT,          :
LLC,                                     :
                                         :
                        Plaintiffs,      :
                                         :
                -against-                :
                                         :
INNOGY RENEWABLES US LLC,                :
CASSADAGA WIND LLC, AND INNOGY SE,       :
                                         :
                        Defendants.      :

```
-------------------------------------------------------------X
```

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED:____7/14/22____ | |

20-CV-5015 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a pre-trial conference is currently scheduled for July 25, 2022, at 11:00 a.m.,

*see* Dkt. 159; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the pre-trial conference currently scheduled for July 25,

2022, at 11:00 a.m. is adjourned until **July 29, 2022, at 10:30 a.m.**

SO ORDERED.

Date:  July 14, 2022                           _____
       New York, NY                                    VALERIE CAPRONI
                                                 United States District Judge