UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TRIREME ENERGY HOLDINGS, INC.
AND TRIREME ENERGY DEVELOPMENT,
LLC,

                     Plaintiffs,

             -against-

INNOGY RENEWABLES US LLC,
CASSADAGA WIND LLC, AND INNOGY SE,

                     Defendants.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/15/22
```

20-CV-5015 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS a Pre-Trial Conference is currently scheduled for July 29, 2022, at 10:30 a.m.; and

       WHEREAS the parties informed Chambers that that time is not convenient for them;

       IT IS HEREBY ORDERED that the Pre-Trial Conference currently scheduled for July 29, 2022, at 10:30 a.m. is adjourned until **August 5, 2022, at 10:30 a.m.**

**SO ORDERED.**

Date:  July 15, 2022
        New York, NY

                                          **VALERIE CAPRONI**
                                         **United States District Judge**