UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIREME ENERGY HOLDINGS, INC. and TRIREME ENERGY DEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>INNOGY RENEWABLES US LLC, et al.,<br><br>Defendants. | 20-cv-05015 (JLR) (BCM)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 11, 2022, filed in response to the Court's September 27, 2022 Reassignment Order. ECF No. 177.

IT IS HEREBY ORDERED that the parties shall appear for a post discovery, pre-trial conference on **February 1, 2023**, at 10:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 14, 2022
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge