**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

November 11, 2022

<u>VIA CM/ECF</u>

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Trireme Energy Holdings, Inc. et al. v. Innogy Renewables US LLC et al.*, No. 1:20-cv-5015-JLR-BCM [rel. 22-cv-7439]

Dear Judge Rochon:

  We write on behalf of the Defendants in the above-captioned matter to respectfully request an adjournment of the post-discovery, pre-trial conference now scheduled for February 1, 2023, at 10:30 AM. *See* ECF No. 178. Plaintiffs **consent** to this request.

  The reason for the requested adjournment is that lead counsel for Defendants in this matter, Susan K. Leader, is lead trial counsel in a matter pending in the Central District of California, which has now been scheduled for a trial on dates to include the date of the conference. There have been no prior requests for an adjournment of this conference. Adjourning this conference will not affect any other case deadlines.

  The parties have conferred as to mutually acceptable alternative dates. The parties are generally available for a rescheduled conference on a date convenient for the Court during the weeks of February 13, 2023 (*i.e.*, February 13 – 17) and February 20, 2023 (*i.e.*, February 20 – 24).

The request is GRANTED. The February 1, 2023 conference is adjourned to **February 22, 2023** at **3:00PM**.

Dated: November 14, 2022
   New York, New York

SO ORDERED

_____ M/ECF)
JENNIFER L. ROCHON
United States District Judge

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Eli B. Richlin*
Eli B. Richlin

*Attorneys for Defendants*