

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

February 1, 2023

**VIA CM/ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Trireme Energy Holdings, Inc. et al. v. Innogy Renewables US LLC et al.*, No. 1:20-cv-05015-JLR-BCM [rel. 1:22-cv-07439-JLR]

Dear Judge Rochon:

We write on behalf of the Defendants in the above-captioned matter to respectfully request a brief adjournment of the post-discovery, pre-trial conference now scheduled for February 22, 2023 at 3:00 PM. *See* ECF No. 184. Plaintiffs **consent** to this request.

Specifically, Defendants request that the conference be adjourned until March 2, 2023, at a time convenient for the Court. We have conferred with counsel for the Plaintiffs, who indicated that they are also available for the conference on that date. In addition, we have conferred with Court staff, who likewise confirmed that the Court is available on March 2, 2023 for a rescheduled conference.

The reason for the requested adjournment is a scheduling conflict which prevents Defendants' counsel from attending the conference on its current date. There has been one (1) prior request for an adjournment of this conference, which was granted. *See* ECF Nos. 182, 184. Adjourning this conference will not affect any other case deadlines.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Eli B. Richlin*
Eli B. Richlin

*Attorneys for Defendants*

The request is GRANTED. The Court will adjourn the February 22, 2023 Conference to **March 2, 2023** at **3:00PM**.

Dated: February 2, 2023
New York, New York

SO ORDERED
*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

cc: All Counsel of Record (via CM/ECF)

AUSTIN   BEIJING   BOSTON   BOULDER   BRUSSELS   HONG KONG   LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SALT LAKE CITY   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE