

500 E Main Street, Suite 1400
Norfolk, VA 23510
Tel: (757) 904 5373

299 Broadway, Suite 1816
New York, NY 10007
Tel: (212) 548 3212

June 26, 2023

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

*Trireme Energy Holdings, Inc. v. Innogy Renewables US, LLC*,
20-cv-5015 [rel. 22-cv-07439]

Dear Judge Rochon:

Pursuant to Rule 1(F) of this Court's Individual Rules of Practice in Civil Cases, we respectfully request that the Court reschedule the upcoming video conference scheduled for 3:30 p.m. on June 28, 2023. *See* ECF 205. Due to vacation and travel schedules, we are not available at that time. We have conferred with defendants' counsel, and all parties are available at the following times:

- June 29, between 9 a.m. and 11 a.m.; or
- June 30, between 9 a.m. and 2 p.m.

Defendants' counsel consents to our request to reschedule, but only if the Court can reschedule within the windows proposed above. Defendants' counsel is unavailable during the succeeding two weeks.

The June 28, 2023 conference is adjourned to **June 29, 2023** at **10:00AM**.

Dated: June 27, 2023
New York, New York

SO ORDERED
*[signature]*
JENNIFER L. ROCHON
United States District Judge

Respectfully,

/s/ *John F. Baughman*
John F. Baughman
JFB Legal, PLLC
*Counsel for Plaintiffs Trireme Energy Holdings, Inc. and Trireme Energy Development, LLC*

cc:    All counsel of record via ECF