UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIREME ENERGY HOLDINGS, INC. and TRIREME ENERGY DEVELOPMENT, LLC., <br><br> *Plaintiffs,* <br><br> v. <br><br> INNOGY RENEWABLES US LLC, CASSADAGA WIND LLC, and INNOGY SE, <br><br> *Defendants*. | No. 1:20-cv-05015 (JLR) <br> [rel. 22-cv-7439] |

### ORDER REGARDING DELIVERY
### AND INSTALLATION OF TECHNOLOGICAL EQUIPMENT FOR TRIAL

IT IS HEREBY ORDERED that Plaintiffs Trireme Energy, is authorized to use the technological equipment listed in Appendix A for the duration of the trial in the above captioned matter scheduled to begin on November 13, 2023 (the "Trial"); and it is further

ORDERED that Clinton Lam of Impact Trial Consulting, LLC shall be permitted to enter the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 on November 9, 2023 at 4:00PM to install in Courtroom 20B the technological equipment listed in Appendix A; and it is further

ORDERED that two of the Aquipt, Inc., employees identified on Appendix B, using one or more of the vehicles listed in that appendix, shall be permitted on Thursday, November 9, 2023 to access the Courthouse's freight entrance and deliver to Courtroom 20B the technological equipment listed in Appendix A; and it is further

ORDERED that upon completion of the trial, two of the Aquipt, Inc., employees identified on Appendix B shall be permitted to access Courtroom 20B to remove the installed technological equipment.

Dated: November  8 , 2023                                     SO ORDERED:

*Jennifer Rochon*
_____
The Honorable Jennifer L. Rochon
United States District Judge

## **APPEXDIX A**

| Equipment | Quantity |
|---|---|
| Small portable folder tech table | 1 |
| Cabling and wiring (including HDMI wiring, audio wiring, power strips, and extension cords) | Bulk |
| Gaffers tape (for installation of cables and wiring) | Bulk |

# APPENDIX B

**Names of Aquipt, Inc., Employees**

(1) Aiden Friel-Shipway

(2) Alfred Dark

(3) Christian Gregory

(4) Eli Smith

(5) Jeremy Coley

(6) Jacob Steinman

(7) Joe Malantonio

(8) Jeremy Coley

(9) Kenn Lu

(10) Kyle Craven

(11) Lisandro Ortiz

(12) Mike Ellis

(13) Youssef Elrhanjaoui

**Vehicle Information**

| Vehicle Type | State of Tag/Plate | Tag/Plate No. | VIN No. |
| --- | --- | --- | --- |
| 2019 Chevy Express G2500 | Pennsylvania | ZWT4596 | 1GCWGAFG0K1207565 |
| 2017 Express G2500 | Pennsylvania | ZWT4595 | 1GCWGAFF9H1340034 |
| 2017 Express G2500 | Pennsylvania | ZWT4594 | 1GCWGBFF8H1127629 |
| 2006 Express G2500 | Pennsylvania | ZWT4609 | 1GCGG29V061146941 |
| 2016 Express G2500 | Pennsylvania | ZWT4592 | 1GCWGAFFXG1146501 |
| 2017 Express G2500 | Pennsylvania | ZWT4610 | 1GCWGAFF9H1127570 |
| 2021 Chevrolet Express Cargo Van 2500 | Pennsylvania | ZWT4597 | 1GCWGAFP8M1231390 |
| 2022 Chevy Express Cargo Van G2500 | Pennsylvania | ZWT4593 | 1GCWGAFP8N1238745 |