UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIREME ENERGY HOLDINGS, INC., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> INNOGY RENEWABLES US LLC, et al., <br><br> Defendants. | Case No. 1:20-cv-05015 (JLR) <br><br> **<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

The Court Exhibits from the bench trial are appended to this Order:

- Court Ex. 1: Plaintiffs' Opening Slides

- Court Ex. 2: Defendants' Opening Slides

- Court Ex. 3: Andrew Young Deposition Designations Played in Court

- Court Ex. 4: Jeffrey Puterbaugh Deposition Designations Played in Court

- Court Ex. 5: List of Exhibits admitted with Deposition Designations

- Court Ex. 6: Designated Deposition Testimony Excerpts Played in Court

Dated: November 29, 2023
New York, New York

SO ORDERED.

_Jennifer Rochon_

JENNIFER L. ROCHON
United States District Judge

# *Plaintiffs' Opening*

## November 13, 2023

Trireme Energy Holdings, Inc. et al v. Innogy Renewables US LLC et al

1:20-cv-05015-JLR-BCM [rel. 22-cv-7439]



EXHIBIT

1

11/13/23

# One Key Concept

# Good Faith and Fair Dealing Was Part of the Deal



**Lead Negotiators**

**Jim Spencer**
*Trireme*

**Andrew Young**
*IRUS*

| From: | Young, Andrew |
|---|---|
| Sent: | 10/5/2017 3:42:41 AM |

I had a good call with Jim Spencer on Monday this week.  He emailed me late Friday saying that they are losing in RFPs as they do not have the latest WTG prices and understand innogy's IRR requirements, but he likes how things turned out at Scioto.  We covered a lot more to the call and below is his feedback:

**_AURA DEAL – MERGER AGREEMENT_**

- TerraFirma will have to come to the conclusion that Innogy is working on the premise of good faith and fair dealing principal

PX_043

3

# Everyone Understood IRUS' Good Faith Obligation



**Unfortunately the "cease development" alternative is much worse for innogy**

1. Innogy's sunk cost increase to $108.2M assuming the $69.7M development fee is still owed to TerraFirma
2. Recall innogy has a good faith obligation to continue development of Cassadaga
3. The $108.2M becomes worse if one includes lost security related to PPAs, interconnection, etc

PX_092

4

# Two Key Dates

# Key Date: May 27, 2020



Beginning of Construction for Sections 45 and 48; **Extension of Continuity Safe Harbor** to Address Delays Related to COVID-19

PX_284A

2020 projects like Raymond West or Cassadaga should be able to breathe easier if they complete any turbines in 2021

PX_283

## The tax rules changed for windfarms

6

# Key Date: July 1, 2020



PX_310

## RWE and new management took over

# Three Owners

## Cassadaga Ownership



# The Transaction

# The Cassadaga Wind Farm



- 77-acre, 125 MW wind farm

- 37 high-capacity turbines

- Located in Chautauqua County, New York

- Clean energy to 37,000 homes

# The 2017 Merger Agreement



- Trireme sold 40 windfarm projects to IRUS

- Consideration:

  - $50 million upfront payment

  - $112.2 million in earn outs

- $69.7 million of earnout tied to Cassadaga

PX_001

# The December 31, 2020 Payment Milestone Date

Execution Version

AGREEMENT AND PLAN OF MERGER
BY AND AMONG
INNOGY RENEWABLES US LLC,
AURA MERGER SUB LLC,
TRIREME ENERGY DEVELOPMENT, LLC
TRIREME ENERGY DEVELOPMENT II, LLC,
AND
TRIREME ENERGY HOLDINGS, INC.
AS THE MEMBER REPRESENTATIVE
DATED AS OF DECEMBER 21, 2017

DB1/ 93384532.20

Confidential

PX_001, page 1 of 140

"**Payment Milestone**" means, (i) with respect to a Target Project (other than the Cassadaga Project or the Scioto Ridge Project), (a) prior to October 1, 2019, either: (1) that all of the following have occurred: (A) such Target Project has secured such land rights, approvals, Governmental Authorizations, and other assets that are reasonably required to finance, develop, construct, own, and operate a wind energy generation project, (B) such Target Project has obtained a valid, enforceable interconnection agreement, and (C) such Target Project has obtained power purchase and/or offtake agreements (including synthetic power purchase agreements, swaps and hedges) for at least its Minimum Planned Installed Capacity, if any; or (2) (x) such Target Project has obtained a valid, enforceable interconnection agreement and construction agreement and (y) a full notice to proceed under such construction contract has been issued for construction of the applicable Target Project; or (b) such Target Project has not achieved the Payment Milestone set forth in (a) above prior to October 1, 2019, but such Target Project has reached its Commercial Operation Date on or before December 31, 2020, and (ii) with respect to the Cassadaga Project, either (x) prior to October 1, 2019, either (1) the occurrence of the events listed in Section C(1) of Annex 1 or (2) the Cassadaga Project has obtained a valid, enforceable interconnection agreement and construction agreement and a full notice to proceed under such construction contract has been issued for construction of the Cassadaga Project or (y) the Cassadaga Project shall have reached its Commercial Operation Date on or before December 31, 2020.

PX_001

13

# The December 31, 2020 Deadline Was Driven by Tax Credits



PX_078

- Prior to the Merger Agreement, IRUS had already purchased "2016 turbines" for $60 million

- To obtain tax credits, IRUS needed these turbines in service by December 31, 2020

- If COD was achieved by December 31, 2020, IRUS would receive $83.4 million in tax credits

# Tax Credits Were Fundamental to the Deal



**Jim Spencer**
*CEO*
*Trireme*



**Ross Brinklow**
*Principal*
*Terra Firma*

Trireme never would have sold if IRUS did not have
incentive to reach COD by December 31, 2020

15

## Tax Credits Were Fundamental to the Deal



**Andrew Young**
*CEO*
*IRUS*

Q. When you negotiated the merger agreement in [PX_001], a 2020 COD was fundamental to the business case for the Cassadaga project, right?

A. **Yes, I will say that it's close and it is an important piece. If you want to use the "fundamental," then I'm okay with that.**

\* \* \*

Q. So you needed to get the full tax credits for Cassadaga in order for the project to be economical, right?

A. Yes.

Young Dep. Tr. at 304:11-15; 351:5-12

16

# Tax Credits Were Fundamental to the Deal



**Juan Rodriguez**
*Director of Finance*
*IRUS*

## Expected to admit:

- It was important to IRUS that 2016 equipment was in-service before December 31, 2020

- It would have been disastrous economics for the project if IRUS lost the tax credit

- Never worked on any project that would have been economically viable without the tax credit

17

## Tax Credits Were Fundamental to the Deal



**Jeff Puterbaugh**
*Construction Director*
*Innogy*

Q. And as the senior director for construction, you understood, when you first began working on the Cassadaga project, that it was important to achieve COD in 2020 for tax reasons, right?

A. **Yes, I understood that.**

Puterbaugh Dep. Tr. at 208:12-18



**Jade Walton**
*Project Manager*
*IRUS*

Q. Did you have any understanding, again, at the time that you were onboarded, as to why it was important to achieve COD in 2020?

A. **It was communicated to me that there were tax implications if COD was not met by 2020.**

Walton Dep. Tr. at 12:13-17

18

## Energy Companies Do Everything Possible to Get the Tax Credits



**Silvia Ortin-Rios**
*CEO*
*RWE Renewables America*

Q. Prior to 2020, have you ever worked on a renewable project that anticipated obtaining tax credits but missed the safe harbor deadline for obtaining those tax credits?

A. **I don't remember any project that was under that situation you mentioned.**

Ortin-Rios Dep. Tr. at 238:19-25

19

# The Parties' Interests Were Aligned



From: a.young@innogy.com
Sent: Thursday, September 21, 2017 2:09 PM
Subject: RE: AY Call w Jim Spencer at 2:30 PM CT Today
To: Ari Pribadi <apribadi@marathon-cap.com>, Felipe Arrazola <farrazola@marathon-cap.com>,
<frank.falkenhof@innogy.com>, <jens.gemmecke@innogy.com>, <tim.van.amstel@innogy.com>,
<juan.rodriguez@innogy.com>

**_TALKING POINTS FOR JIM SPENCER_**

- Introduction:
  - ○ Thanks for taking the call
  - ○ Main purpose is to compare notes and see if we are steering in the right directions
  - ○ 6- weeks to wrap-up DD, and execute
  - ○ Innogy's efforts are fully aligned with the Seller
    - ○ Innogy wants to build as many MW as possible
    - ○ Both sides will profit from the commercialization of the projects
    - ○ We need a strong team to support the effort
    - ○ Innogy is heavily invested in the success of the pipeline by virtue of the heavy front-loading of the earn-out

Confidential          PX_041, page 1 of 7          IRU0388800

PX_041



**Andrew Young**
*CEO*
*IRUS*

Q. And it was important for you to communicate to Trireme and to TerraFirma that Innogy was fully aligned with Trireme, right?

A. **Yes. I think it was basically saying that I think that our interests are fully aligned, yes.**

# Good Faith and Fair Dealing Was Part of the Deal



**Lead Negotiators**

**Jim Spencer**
*Trireme*

**Andrew Young**
*IRUS*

| From: | Young, Andrew |
|---|---|
| Sent: | 10/5/2017 3:42:41 AM |

I had a good call with Jim Spencer on Monday this week.  He emailed me late Friday saying that they are losing in RFPs as they do not have the latest WTG prices and understand innogy's IRR requirements, but he likes how things turned out at Scioto.  We covered a lot more to the call and below is his feedback:

### AURA DEAL – MERGER AGREEMENT

- TerraFirma will have to come to the conclusion that Innogy is working on the premise of good faith and fair dealing principal

PX_043

21

# But… Secretly, IRUS Was Looking for a Way to Avoid the Milestone Payments

# IRUS Wanted to Avoid the Milestone Payment



"Today ***Cassadaga is burdened*** with a high development fee to be paid to TerraFirma, the former owner of the AURA portfolio."



"Main Issue: ***Cassadaga is bearing a huge part of development fee*** to be paid to TerraFirma."



"Main question was if Cassadaga project does not get grid by year end 2020, can they still qualify for ITC [***some way, some how***]. We all said with PTC each turbine must inject MWs to grid. Is it any difference w/ ITC?"

PX_094; PX_095; PX_169 (emphasis added)

23

# Pre-COVID Construction

# Project Was on Time and on Budget

**WIND ONSHORE**
**Monthly Progress Report**

innogy

| Project: | Cassadaga | Pipeline |
| Report No. | 08 | |
| Reporting Period | March 2020 | |
| Project Manager: | Jade Walton | |

| 01 Project Main Data | | |
|---|---|---|
| **Scope of Supply** | 27xN117s 3.675MW HH 91m, 10xG114s 2.625MW HH 93m, Multicontract | |
| **Project Company (SPV)** | Cassadaga Wind LLC | |
| **Partner / JV** | | |
| **Financials** | Hurdle Rate | 6.63% |
| | IRR (current forecast)* inc historic Costs | 6.50% |
| | IRR (post mortem)* inc Historic Costs | N/A |
| | Cost (acc. latest Budget Approval) | $348 m |
| | Cost (current forecast) | $348 m |
| **Program (Time)** | FID (original) | Jun-19 |
| | FID (latest plan or achieved) | Jun-19 |
| | RM1: Start of Construction (original) | Oct-19 |
| | RM1: Start of Construction (current date) | Nov-19 |
| | RM10: Start of Commercial Operation (original) | Dec-20 |
| | RM10: Start of Commercial Operation (current date) | Dec-20 |
| **Quality & HSE&S** | LTIF (from Start of Construction) | 0.0 |
| | Average Quality Performance | good |

Confidential

PX_248A, page 1 of 10

PX_248A

25

# Events During COVID

# IRUS' Actions During COVID

- Re-examined schedule

- Did risk assessment

- Considered acceleration

- Lobbied state for exemption to shutdown

- Lobbied congress to change tax rules

**Worst case = miss December 31, 2020 COD and lose 100% of the tax benefits.**



PX_210

# IRUS Updated the Baseline Schedule



PX_254 & 254A

28

# The April 17 Schedule Still Had 2020 COD



12   📅   COD   0 days   Fri 11/13/20

**48 Days of "Float"**

PX_254A, page 1 of 11

PX_254A

## IRUS Did Risk Assessment



**Jeff Puterbaugh**

*Construction Director*
*Innogy*

Q. … is it fair to say that reporting to management about the unfolding COVID situation was a top priority?

A. Yes.

Original schedule at risk, but may be possible to accelerate work. Key factor will be getting turbine deliveries re-scheduled to align with overall project schedule. Risk that not all turbines will be COD by 12/31/20.

Puterbaugh Dep. II Tr. at 392:20-24

PX_260A

30

# IRUS Lobbying Efforts



**From:** James Muscato <JMuscato@youngsommer.com>
**Sent:** Monday, April 06, 2020 10:35 AM
**To:** Kevin Younis (esd.ny.gov) <kevin.younis@esd.ny.gov>
**Cc:** patrick.mccarthy@innogy.com; craig.sundstrom@innogy.com; Doreen M Harris (nyserda.ny.gov) <doreen.harris@nyserda.ny.gov>; Thomas Congdon (dps.ny.gov) <thomas.congdon@dps.ny.gov>; Kim Harriman <Kim.Harriman@exec.ny.gov>
**Subject:** RE: Cassadaga Wind

==Attached is a request== from Cassadaga Wind LLC ==to have a portion of the Cassadaga Wind Project,== which is currently a large scale wind energy project under construction in Chautauqua County, New York, ==exempt== from recently announced construction workforce restrictions. In addition to the ESD form, there is a supplemental description of the workforce reductions that Cassadaga Wind will implement as well as the work that we are requesting be allowed to proceed.

PX_237

---

I talked about this earlier today.

..., until we get Congress to extend the PTC/ITC safe harbor provisions, we are in a position where we need to preserve our ability to construct Cassadaga.

Let me know if you have any questions.

Craig Sundstrom
Director, Government and Regulatory Affairs
Innogy Renewables US LLC
150 N. Riverside Plaza, Suite 4240
Chicago, IL 60606
O: +1 312-725-5763 US
M: +1 440-346-0636 US
craig.sundstrom@innogy.com

**From:** James Muscato <JMuscato@youngsommer.com>
**Sent:** Sunday, March 22, 2020 11:57 AM
**To:** Sundstrom, Craig <craig.sundstrom@innogy.com>
**Subject:** FW: FEEDBACK NEEDED TODAY: NYS Exec Order on Essential Business

Just FYI- this is what I sent to Anne.

Jim Muscato
Young Sommer llc
ATTORNEYS AT LAW
Executive Woods, Five Palisades Drive, Albany, NY 12205
...

---

**From:** Sundstrom, Craig [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4C39CF96B1594C8C98B1E25F8CB30FCE-SUNDSTROM,]
**Sent:** 3/22/2020 5:11:22 PM
**To:** Patrick Zlogar [Patrick@roffegroup.com]; Alexandra Dawson Moore [Alexandra@roffegroup.com]
**Subject:** FW: FEEDBACK NEEDED TODAY: NYS Exec Order on Essential Business

==Basically, until we get Congress to extend the PTC/ITC safe harbor provisions, we are in a position where we need to preserve our ability to construct Cassadaga.==

PX_208, page 1 of 4

PX_208

# The Lobbying Worked



I am happy to share the attached IRS / Treasury notice with you. It is the anticipated guidance we were eagerly seeking to provide relief due to Covid-19 delays.



**Craig Sundstrom**

*Director of Government & Regulatory Affairs*
*IRUS*

Q. And this was huge for Cassadaga because as of this extension date, the project could earn a full ITC credit, even if it had COD in 2021, right?

A. Yes.

Sundstrom Dep. Tr. at 213:17-21

# Following the Change to the Tax Rules, Despite COVID, the Schedule Did Not Change



**Jeff Puterbaugh**

*Construction Director*
*Innogy*



Q. And did it – did the 2020 COD change in this timeframe in May, the projected COD?

A. **No. You know, our official projected COD remained 12-31-2020.**

| 01 Project Main Data | | |
|---|---|---|
| Scope of Supply | 27xN117s 3.675MW HH 91m, 10xG114s 2.625MW HH 93m, Multicontract | |
| Project Company (SPV) | Cassadaga Wind LLC | |
| Partner / JV | | |
| Financials | Hurdle Rate | 6.63% |
| | IRR (current forecast)* inc historic Costs | 6.50% |
| | IRR (post mortem)* inc Historic Costs | N/A |
| | Cost (acc. latest Budget Approval) | $348 m |
| | Cost (current forecast) | $348 m |
| Program (Time) | FID (original) | Jun-19 |
| | FID (latest plan or achieved) | Jun-19 |
| | RM1: Start of Construction (original) | Oct-19 |
| | RM1: Start of Construction (current date) | Nov-19 |
| | RM10: Start of Commercial Operation (original) | Dec-20 |
| | RM10: Start of Commercial Operation (current date) | Dec-20 |
| Quality & HSE&S | LTIF (from Start of Construction) | 0.0 |
| | Average Quality Performance | good |

Puterbaugh Dep. II Tr. at 105:3-6

PX_324A

33

# RWE Takes Over

# The New RWE Team



**North America Execution Team Meeting**
Meeting Minutes
6th July, 2020

Our energy for a sustainable life.

## Permanent Attendees (E = Execution Team, S = Support Team, Sec = Secretary)

| | | | | |
|---|---|---|---|---|
| <mark>S. Ortin-Rios (E)</mark> | <mark>J. Badeusz (E)</mark> | ~~J. Franklin (E)~~ | ~~N. Esposito (E)~~ | T. Festle (E) |
| K. Gresham (E) | P. Bowman (E) | W. Weidaw (S) | ~~A. Sattaur (S)~~ | A. Gardner (S) |
| ~~M. Hoffman (S)~~ | ~~M. Meyers (S)~~ | P. McCoyd (S) | F. Li (S) | M. Rao (S) |
| ~~M. Marcum (S)~~ | ~~G. Wallaert (S)~~ | A. Giannotta (S) | M. Brusius (S) | T. Hey (S) |
| J. Mueller (S) | ~~R. Barnes (S)~~ | S. Roy (Sec) | M. Frigo (E) | B. Campbell (S) |
| G. Dees (S) | ~~C. Hunfeld (S)~~ | ~~A. Heneghan (S)~~ | M. Kessel (S) | ~~S. Logsdon (S)~~ |
| J Hargrove (S) | C. Nicholson (S) | J. Rodriguez (S) | | |

PX_315A

# RWE Updates Investors (July 8, 2020)



**Sent:** 7/8/2020 6:16:30 PM

**Cassadaga**

**Expected COD:** Q4 2020

**Status:** Construction - minor delay

**Comments:** Construction work has restarted after Covid19 related shut down. Grid availability is on schedule as point of interconnection construction was not impacted by Covid19 shut down.

**Short explanation that could be shared with externals:** Covid19 shut down was mandate of State of New York. All construction work has resumed and recovery from shut down delay is expected and subsequent Q4 2020 COD remains the forecast. Construction of point of interconnection facility was classified as "essential" and not interrupted.

PX_561

36

# Badeusz Updates Management (July 28, 2020)

## Cassdaga Schedule

| Milestone | Baseline Schedule | Actual/Projected | Gap from Contract | Status |
|---|---|---|---|---|
| Mobilization to Site | 8/26/2019 | 8/26/2019 | 0 | ✔ |
| 1ST Foundation Poured | 6/1/2020 | 7/30/2020 | -59 | ● |
| All Foundations Poured | 8/30/2020 | 11/3/2020 | -65 | ● |
| Substation Complete | 10/2/2020 | 12/31/2020 | -90 | ● |
| External Grid Available | 9/1/2020 | 11/15/2020 | -75 | ● |
| 1st WTG Generating | 7/18/2020 | 9/1/2020 | -45 | ● |
| All WTGs Installed (MC) | 9/25/2020 | 12/1/2020 | -67 | ● |
| All WTGs Generating | 10/31/2020 | 12/15/2020 | -45 | ● |
| COD/Completion | 11/15/2020 | 12/30/2020 | -45 | ● |

● On time   ● Delayed/Late   ✔ Complete   ⚡ Cliff edge date not at risk

| From: | Mueller, Justin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FD9EF2D91B724A4396293DB6BF9D5FA9-MUELLER, JU] |
|---|---|
| Sent: | 7/28/2020 2:54:47 PM |
| To: | Badeusz, John [john.badeusz@rwe.com] |
| Subject: | RE: Cassdaga COD |

Thanks for getting back to me. Is 12/30/20 the base case (currently most probable assumption) in your view for MTP?

# Badeusz Updates the CEO (August 11, 2020)

| | |
|---|---|
| **From:** | Badeusz, John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DD9734C74AEB47D5AF3E6CEB2936F517-BADEUSZ, JO] |
| **Sent:** | 8/11/2020 2:29:32 PM |
| **To:** | Ortin, Silvia [silvia.ortin@rwe.com] |
| **Subject:** | Construction Project Update - Key Milestone Dates |

**RE: Construction Project Update - Key Milestone Dates**

Silvia:

As reference for today's catchup call

Cassadaga
Substation energization date - November 15, 2020
All WTGs generating - December 31, 2020?

At his deposition Badeusz said he had no recollection of his conversation with Ms. Ortin-Rios

PX_334

38

# Problems With the Cassadaga Team Emerge

RE: CONFIDENTIAL Situation - Cassadaga Project Manager and Jeff Puterbaugh

Silvia/Ayesha:

I want to summarize the situation I have been dealing with since Monday evening after Jade Walton, Cassadaga Construction Project Engineer resigned his position with RWE.

To say the least I have spent a great deal of time dealing with this untimely resignation and worse, the lack of support and willingness to help from Jeff Puterbaugh. Very difficult discussion with Jeff last night has left me with very few alternatives. I wanted to inform you both and propose solutions and seeking your valued feedback.

We then had a very long phone conversation where Jeff essentially told me he would not entertain my request to step in as acting Project Manager at Cassadaga. Jeff sited a number of reason why. I will list some of them.

- The Cassadaga project "is a beast", the project needs more than 1 project manager. I know you were giving Jade assistance with Doug Tanaka but one person cannot do it.
- You assigned me as acting project manager at Scioto Ridge. I was hesitant to do this but I have been working to get closer to the Scioto project details and I have done that. I need to finish out Scioto Ridge.
- I feel like I am being held hostage with my completion bonus.
- I am dealing with a lot of other responsibilities including completion of the Data Book for Baron Winds and addressing concerns behind the scenes of other former innogy colleagues.

# COD Changes to 2021 Without Explanation



**John Badeusz**
*EVP, Head of Wind
Construction RWE*

**Sent:**     9/1/2020 3:26:54 PM

Hi John,

Am I good to communicate the new COD for Cassadaga of March 5, 2021 to others within RWE?  I have a few people asking me to either confirm 12/31 or provide a new date.  Thanks.

Best regards,

Jeff Puterbaugh

PX_400

## At his deposition, Mr. Badeusz:

- Did not recall any conversations with Mr. Puterbaugh
- Could not identify any of the issues around the Cassadaga project that gave rise to the delay
- Did not recall pushing back and asking how to get the project done by the scheduled COD date
- Was not aware of any written analysis concerning the reasons for extending the COD date
- Admitted that no cost-benefit analysis was done

# Puterbaugh's Revised Deal

**RWE**

RWE Renewables Services, LLC
353 N. Clark Street, 30th Floor
Chicago, IL 60654

Jeffrey Puterbaugh

September 2, 2020

Dear Jeff,

The purpose of this letter is to outline the understanding between RWE Services, LLC and you regarding your separation from employment.

Your last day of employment will be November 30, 2020. Until such time, you will be assigned as Project Manager for the Cassadaga project and will perform all duties associated with such position as well as any additional duties that may be assigned to you (including but not limited support for the Scioto Ridge project as necessary). This is not intended t employment relationship for a specific term. During this time, your employment "at-will," meaning you and RWE both retain the ability to terminate the employm without notice and with or without cause.

If you remain employed through November 30, 2020 and satisfactorily p RWE will provide you with a separation agreement in which it will offer you up to (for which you would not be otherwise eligible) in exchange for your executio revoke) the separation agreement. In addition to satisfactory performance of yo specifically ensure that the following performance metrics are achieved prior to N

**Cassadaga Project**

– Perform all day-to-day reporting requirements, weekly reporting, project li management of contractor safety issues that may arise, contractor claims, resolu review and payment of contractor invoices, assistance with due diligence inquiries ITC tax equity transaction and all other generally accepted project management r

- Work to facilitate transition of Project Manager responsibilities to a to be named Project Manager who will take on the role after November 30, 2020.
- Work to achieve the project completion as close to the original target commercial operation date of December 31, 2020 but no later than February 28, 2021
- Work to achieve the project completion as close to the original target project budget of $234.4million + $14.1million contingency

**Scioto Ridge Project**

CONFIDENTIAL                PX_412A, page 1 of 2

Exhibit
PX_412A

RUSPROD0507376

> If you remain employed through November 30, 2020 and satisfactorily perform your job duties, RWE will provide you with a separation agreement in which it will offer you up to $151,972.95 in bonuses (for which you would not be otherwise eligible) in exchange for your execution (and decision not to revoke) the separation agreement. In addition to satisfactory performance of your job duties, you must specifically ensure that the following performance metrics are achieved prior to November 30:

PX_412A

# Behind the Scenes

# The Finance Team Was Assuming COD Would Slip



On Jul 8, 2020, at 5:03 PM, Rodriguez, Juan <Juan.rodriguez@rwe.com> wrote:

Ok. Understanding schedule would be good before hopping on phone with Wells.

We already were negotiating under the assumption that WTGs could slip into 2021.



PX_316                                    PX_404A

# RWE Knew the Cliff Edge Was Not At Risk

## Cassdaga Schedule

| Milestone | Baseline Schedule | Actual/Projected | Gap from Contract | Status |
|---|---|---|---|---|
| Mobilization to Site | 8/26/2019 | 8/26/2019 | 0 | ✔ |
| 1ST Foundation Poured | 6/1/2020 | 7/30/2020 | -59 | ● |
| All Foundations Poured | 8/30/2020 | 11/3/2020 | -65 | ● |
| Substation Complete | 10/2/2020 | 12/31/2020 | -90 | ● |
| External Grid Available | 9/1/2020 | 11/15/2020 | -75 | ● |
| 1st WTG Generating | 7/18/2020 | 9/1/2020 | -45 | ● |
| All WTGs Installed (MC) | 9/25/2020 | 12/1/2020 | -67 | ● |
| All WTGs Generating | 10/31/2020 | 12/15/2020 | -45 | ● |
| COD/Completion | 11/15/2020 | 12/30/2020 | -45 | ● |

● On time    ● Delayed/Late    ✓ Complete    ⚡ Cliff edge date not at risk

PX_330

44

## The Construction Team Was Never Told to Accelerate



**Jade Walton**
*Project Manager*
*IRUS*

Q. Did anyone ever instruct you or direct you to accelerate construction at the project, at the Cassadaga project?

A. **I do not recall anyone ever directly instructing me to accelerate any aspect of the project.**

Walton Dep. Tr. at 207:9-14



**Jeff Puterbaugh**
*Construction Director*
*Innogy*

A. **There was no acceleration plans presented that achieved the goals we needed them to achieve.**

Q. So the answer is no, you did not implement any acceleration plans, right?

A. **That's correct.**

Puterbaugh Dep. Tr. at 220:14-19

45

# The Evidence of Bad Faith

# Both IRUS and RWE Never Updated the Schedule to Account for the Actual Covid Delay



## The outdated April 17 schedule was never changed

PX_254A

# RWE Cannot Explain Why COD Slipped to 2021



- Documents say project was on schedule at July 1, 2020 handover

- Badeusz told investors the project was recovering from the delay

- Documents say project was on schedule as of July 28, 2020 update

- Badeusz and Ortin-Rios cannot explain the decision to move the date

- RWE did no cost-benefit analysis

PX_324A

48

## RWE Ignored Its Contractual Obligations



**Silvia Ortin-Rios**
*CEO*
*RWE Renewables America*



**John Badeusz**
*Senior Vice President*
*RWE*

- Never read Merger Agreement

- Never learned RWE's obligations under the contract

- Took no steps to comply with contract

- Never communicated with Trireme

49

# RWE Did Nothing to Comply With the Contract



**Silvia Ortin-Rios**
*CEO*
*RWE Renewables America*

Q. Have you ever undertaken any effort to determine whether Innogy or RWE has complied with its obligations under the merger agreement that's Exhibit 1 to your deposition? Have you ever done that?

A. I don't recall.

Ortin-Rios Dep. Tr. at 285:13-20

50

# RWE Had $69.7 Million Reasons to Delay



# Plaintiffs' Experts Will Explain RWE's Failure



**Michael Hickey**

Construction Expert
BRG



**Mark Mezyk**

Independent Consultant
BRG

- With prudent project and construction management, the Cassadaga Project could have achieved COD in 2020.

- Standard acceleration techniques could have been employed to reach COD in 2020.

- IRUS/RWE employees did not act in a way consistent with attempting to reach COD in 2020.

- After the tax laws changed, IRUS/RWE had a significant financial incentive not to achieve COD in 2020.

# Information Claim (§ 7.6(b))

# RWE's Obligation to Provide Information Exists Because of the Good Faith and Fair Dealing Requirement

Execution Version

AGREEMENT AND PLAN OF MERGER

BY AND AMONG

INNOGY RENEWABLES US LLC,

AURA MERGER SUB LLC,

TRIREME ENERGY DEVELOPMENT, LLC

TRIREME ENERGY DEVELOPMENT II, LLC,

AND

TRIREME ENERGY HOLDINGS, INC.

AS THE MEMBER REPRESENTATIVE

DATED AS OF DECEMBER 21, 2017

---

7.6     Payment Milestone.

(a)     From and after Closing Date, Purchaser shall use commercially reasonable efforts to cause the Company and the applicable Development Companies to continue to develop the Key Projects in accordance with the applicable standards of care set forth on Annex 2. Subject to the preceding sentence, the details and manner of such development efforts and the schedule therefor shall be within the sole discretion of Purchaser.  In the event Purchaser determines to cease development of and abandon any such Key Project prior to October 1, 2019, Purchaser shall so inform the Member Representative, including the reason therefor, and thereafter Purchaser shall have no further obligation with respect to development of any such Key Project.

(b)     Purchaser shall keep the Member Representative informed on a reasonable, periodic basis, but no less frequently than quarterly, regarding the development of each Key Project, by delivering information in the form set forth in Exhibit C to an individual appointed by the Member Representative (the "**Designee**"), who shall initially be James Spencer. From and after the time a Key Project has executed a valid, enforceable interconnection agreement and a valid, enforceable construction agreement, Purchaser shall also reasonably cooperate with the Designee to respond to the Designee's reasonable ad-hoc inquiries regarding the development of such Key Project; provided, however, the Designee shall limit such inquires to a reasonable level, taking into account the stage of development of the applicable Key Project and in any event no more than three inquiries per month.

PX_001

54

# RWE's Obligation to Provide Information Exists Because of the Good Faith and Fair Dealing Requirement



**Andrew Young**
*CEO*
*IRUS*

"TerraFirma will have to come to the conclusion that Innogy is working on the premise of good faith and fair dealing principal."

7.6     Payment Milestone.

(a)     From and after Closing Date, Purchaser shall use commercially reasonable efforts to cause the Company and the applicable Development Companies to continue to develop the Key Projects in accordance with the applicable standards of care set forth on Annex 2. Subject to the preceding sentence, the details and manner of such development efforts and the schedule therefor shall be within the sole discretion of Purchaser.  In the event Purchaser determines to cease development of and abandon any such Key Project prior to October 1, 2019, Purchaser shall so inform the Member Representative, including the reason therefor, and thereafter Purchaser shall have no further obligation with respect to development of any such Key Project.

(b)     Purchaser shall keep the Member Representative informed on a reasonable, periodic basis, but no less frequently than quarterly, regarding the development of each Key Project, by delivering information in the form set forth in Exhibit C to an individual appointed by the Member Representative (the "**Designee**"), who shall initially be James Spencer. From and after the time a Key Project has executed a valid, enforceable interconnection agreement and a valid, enforceable construction agreement, Purchaser shall also reasonably cooperate with the Designee to respond to the Designee's reasonable ad-hoc inquiries regarding the development of such Key Project; provided, however, the Designee shall limit such inquires to a reasonable level, taking into account the stage of development of the applicable Key Project and in any event no more than three inquiries per month.

PX_001

55

# IRUS/RWE Ignored Trireme

**Apr. 1, 2020**



"It would be helpful to understand the status of construction at the site. I realize the FNTP was issued last month but what can you tell us beyond that?"

**May 19, 2020**



"What is Purchaser's current expectation for the Commercial Operation Date for the Cassadaga Project? Please provide a copy of the current construction schedule/timeline."

**Sept. 1, 2020**



"What is Purchaser's current expectation for the Commercial Operation Date for the Cassadaga Project? Please provide a copy of the current construction schedule/timeline."

PX_234; PX_281A; PX_399

56

# IRUS' Belated Response

2. Commercial Operation Date. What is Purchaser's current expectation for the Commercial Operation Date for the Cassadaga Project? Please provide a copy of the current construction schedule / timeline. **The project is now estimating a 3.5.2021 COD. An updated construction schedule / timeline will follow in a separate communication.**

PX_418

# RWE Breached § 7.6(b)





**Jim Spencer**
*Trireme*

RWE ignored Mr. Spencer's requests for information.

Trireme could have worked with RWE to achieve December 2020 COD but was never given the chance.

58

# Trireme's Damages

# Trireme's Damages



*Trireme Energy Holdings, Inc. et al., v. Innogy Renewables US LLC et al.*
20-cv-5015-JLR

# Defendants' Opening Statement

November 13, 2023

PIH



# Implied Covenant of Good Faith and Fair Dealing

- Requires proof of a "malevolent" and "purposeful scheme" to deprive a counterparty of a benefit
  - *Najjar Grp., LLC v. W. 56th Hotel LLC*, 850 F. App'x 69, 72 (2d Cir. 2021) (quoting *Richbell Info. Servs., Inc. v. Jupiter Partners, L.P.*, 309 A.D.2d 288, 302 (1st Dep't 2003)).

- *Cannot* "create new contractual obligations that were not bargained for."
  - *King Penguin Opportunity Fund III, LLC v. Spectrum Grp. Mgmt. LLC*, 187 A.D.3d 688, 690 (1st Dep't 2020)

2

PIH

# Plaintiffs' Burden to Show:

1. Defendants *intentionally* delayed construction of Cassadaga in 2020;

2. The *purpose* of the delay was to deprive Plaintiffs the benefit of the Milestone Payment; *and*

3. *But for* this intentional delay, the Cassadaga Project could have achieved COD in 2020

3

PIH

# Contractors Subpoenaed Included:







DX's
200,
201,
202,
204,
205,
212,
213,
214,
215

PIH

4

# Plaintiffs Take Broad, Wide Ranging Discovery

- 3 sets of document requests
  - 47 document requests total

- ~90,000 documents produced spanning 2016-2021 time frame

- 18 third party subpoenas

5

P|H

# Plaintiffs Take 10 Depositions

1. Andrew Young, Former Innogy CEO
2. Frank Falkenhof, Former Innogy COO and Interim CEO
3. Jeff Puterbaugh, Former Innogy Director of Construction
4. John Badeusz, RWE Director of Construction
5. Juan Rodriguez, Innogy and RWE Director of M&A
6. Jade Walton, Former Innogy Construction Manager
7. Craig Sundstrom, Former Innogy Direct of Government Affairs
8. Chip Readling, Innogy and RWE Director of Business Development
9. Silvia Ortin-Rios, RWE CEO
10. Innogy 30(b)(6) Witness

PIH

## Categories of Evidence

1. Dec. 2017-July 2018 (pre-close): Plaintiffs fail to develop the Cassadaga Project

2. July 2018-December 2019 (development): Delays in government agencies issuing key permits required for construction

3. January 2020 - August 2021 (construction): COVID pandemic, Project shutdown, and contractor quality control issues

2

P|H

# Plaintiffs' Latest Theory of the Case

173.    Ultimately, IRUS's actions reveal its true intent.  After the safe-harbor extension, IRUS took no steps to <u>accelerate</u> construction, or even try to do so, despite knowing that without acceleration COD would occur in 2021. The Court finds it utterly implausible that IRUS would

Plaintiffs' Proposed Findings of Fact and Conclusions of Law (ECF No. 224)

8

P I H

# Innogy Corporate Structure at the Time of Contracting



**Innogy SE ("SE")**

**Innogy Renewables US LLC ("Innogy")**

9

P|H

# RWE Renewables



DX292

P|H

# Defendants' Key Witnesses



Andrew Young


innogy



Juan Rodriguez


RWE







Jade Walton



John Badeusz

Frank Falkenhof          Jeff Puterbaugh

11

PIH

## Andrew Young – Former Innogy CEO (Sept. 2016 – April 2020)



Nov 18, 2021 3:23:54 pm

PX_027 at 197:11-24

P|H

Frank Falkenhof – Former Innogy COO (Aug. 2016 - March 2020) and Interim CEO (March 2020 - June 2020)



Jeff Puterbaugh – Former Innogy Senior Director of Construction (April 2017 – Nov. 2020)



14   PX_019 at 156:15-157:4

PIH

## Jade Walton – Former Cassadaga Project Manager (August 2019 – August 2020)



PX_026 at 35:18-36:12

P|H

# Juan Rodriguez



- Innogy Finance Director (2017 – June 2020)

- RWE Head of Mergers & Acquisitions (July 2020 – present)

- Rebuttal Expert regarding wind energy project financing

16

P|H

# John Badeusz



- RWE Head of Wind Construction – North America

- Rebuttal Expert regarding wind farm construction

P|H



Project Aura

18

P|H



## Project Aura: Wind Projects at Various Stages of Development

Proposed purchase price is based on completion of only the 3 viable projects selected based on rigorous due-diligence review and ~$20m of pipeline value which the US onshore team is confident will yield at least this net value.

Projects are located primarily in attractive markets with strong fundamentals

| Shovel-Ready | State | ISO | Capacity (MW) |
|---|---|---|---|
| Scioto Ridge | OH | PJM | 200 |

| Late-Stage | State | ISO | Capacity (MW) |
|---|---|---|---|
| Buckeye | OH | PJM | 100 |
| Mason Dixon | PA | PJM | 80 |
| Mud Springs | MT | WECC | 240 |
| Cassadaga | NY | NYISO | 126 |
| Kimberly Run | PA | PJM | 80 |
| Coyote Crest | WA | WECC | 128 |

| Mid-Stage | State | ISO | Capacity (MW) |
|---|---|---|---|
| Baron Winds | NY | NYISO | 300 |
| Sand Creek | MT | WECC | 75 |
| Terrapin Hills | MD | PJM | 50 |
| Blueberry Hills | ME | ISO-NE | 250 |

| Early-Stage | State | ISO | Capacity (MW) |
|---|---|---|---|
| Early-stage sites | Various | Various | 1,825 |

Total development pipeline of ~3.5 GW

PX_036 at 4 (Internal Presentation to InnogySE Board)

P | H

19

# The Merger Agreement

P|H

# The Merger Agreement

Execution Version

AGREEMENT AND PLAN OF MERGER

BY AND AMONG

INNOGY RENEWABLES US LLC,

AURA MERGER SUB LLC,

TRIREME ENERGY DEVELOPMENT, LLC

TRIREME ENERGY DEVELOPMENT II, LLC,

AND

TRIREME ENERGY HOLDINGS, INC.

AS THE MEMBER REPRESENTATIVE

DATED AS OF DECEMBER 21, 2017

PX_001

21

P|H

# Merger Consideration - $50M Upfront

Execution Version

3.1     Merger Consideration.  The aggregate amount of consideration (the "**Merger Consideration**") to be paid by Purchaser with respect to the outstanding membership interests of the Company shall be an amount equal to (a) (i) $50,000,000, plus (ii) any Approved Development Expenses (collectively, the "**Initial Payment**"), plus (b) all Payment Milestone Amounts paid in accordance with Section 3.3(b) in an aggregate amount of up to $112,200,000, if any.

TRIREME ENERGY HOLDINGS, INC.

AS THE MEMBER REPRESENTATIVE

DATED AS OF DECEMBER 21, 2017

PX_001

P|H

# Milestone Payment Definition

Execution Version

## "Payment Milestone" means,

BY AND AMONG

with respect to the Cassadaga Project, either (x) prior to October 1, 2019, either (1) the occurrence of the events listed in Section C(1) of Annex 1 or (2) the Cassadaga Project has obtained a valid, enforceable interconnection agreement and construction agreement and a full notice to proceed under such construction contract has been issued for construction of the Cassadaga Project or (y) the Cassadaga Project shall have reached its Commercial Operation Date on or before December 31, 2020.

DATED AS OF DECEMBER 21, 2017

PX_001

23

P|H

# Merger Agreement, sec. 7.6(a)

Execution Version

7.6    Payment Milestone.

(a)    From and after Closing Date, Purchaser shall use commercially reasonable efforts to cause the Company and the applicable Development Companies to continue to develop the Key Projects in accordance with the applicable standards of care set forth on Annex 2. Subject to the preceding sentence, the details and manner of such development efforts and the schedule therefor shall be within the sole discretion of Purchaser. In the event Purchaser determines to cease development of and abandon any such Key Project prior to October 1, 2019, Purchaser shall so inform the Member Representative, including the reason therefor, and thereafter Purchaser shall have no further obligation with respect to development of any such Key Project.

PX_001

24

P|H

# Merger Agreement, Annex 2

**Annex 2**

**Applicable Standards of Care**

| | PROJECT NAME | LAND RIGHTS | INTERCONNECT | PERMITTING AND ENVIRONMENTAL STUDIES | PPA / COMMERCIAL OFFTAKE | OTHER DEVELOPMENT ITEMS |
|---|---|---|---|---|---|---|
| | **Scioto Ridge** | Maintain land rights necessary to fulfill capacity obligations under the Amazon PPA (as amended). | Maintain PJM queue #U2-072 and its associated ISA and CSA, and remove from suspension when warranted to meet construction schedule requirements. | Pursue OPSB and FAA approvals to install G114-2.625 MW and G132-3.465 MW WTGs at Project site. | Advance any on-going PPA amendment discussions, post and maintain required security for the Amazon PPA to remain effective. | |
| | **Cassadaga** | Maintain land to support required project facilities to meet capacity obligations under current PPAs. | Maintain NYISO queue position ref. # 387 and support completion of required amendments and completion of Large Generator Interconnection Agreement and related agreements. | Continue Article 10 permitting process to definitive decision. Use best efforts to obtain Department of Environmental Conservation documents allowing collection line crossings at Boutwell Hill State Forest. | Maintain existing PPAs in good standing with the understanding of impacts in the event the project does not receive Article 10 approvals. | |
| | **Mud Springs** | Maintain land rights required for at least 60 MW of WTGs at each one of the three separate facilities that make up the Project. | Maintain PacifiCorp Generation Interconnection Queue positions #542-A, #542-B and #542-C. Remove from suspension when warranted to meet construction schedule requirements ensuring that the relevant securities are posted in a timely manner. | Pursue permits to install suitable WTGs at site including avian and habitat studies in an effort to comply with USFWS requirements and any other relevant bodies. | Pursue legal proceedings with the Wyoming Public Service Commission toward a viable QF PPA price. | |

PX_001

P|H

# Merger Agreement, sec. 7.6(a)

Execution Version

7.6    Payment Milestone.

(a)    From and after Closing Date, Purchaser shall use commercially reasonable efforts to cause the Company and the applicable Development Companies to continue to develop the Key Projects in accordance with the applicable standards of care set forth on Annex 2. Subject to the preceding sentence, the details and manner of such development efforts and the schedule therefor shall be within the sole discretion of Purchaser. In the event Purchaser determines to cease development of and abandon any such Key Project prior to October 1, 2019, Purchaser shall so inform the Member Representative, including the reason therefor, and thereafter Purchaser shall have no further obligation with respect to development of any such Key Project.

26    PX_001    P|H

# Merger Agreement, sec. 7.6(a)

Execution Version

7.6    Payment Milestone.

(a)    From and after Closing Date, Purchaser shall use commercially reasonable efforts to cause the Company and the applicable Development Companies to continue to develop the Key Projects in accordance with the applicable standards of care set forth on Annex 2. Subject to the preceding sentence, the details and manner of such development efforts and the schedule therefor shall be within the sole discretion of Purchaser. In the event Purchaser determines to cease development of and abandon any such Key Project prior to October 1, 2019, Purchaser shall so inform the Member Representative, including the reason therefor, and thereafter Purchaser shall have no further obligation with respect to development of any such Key Project.

PX_001

P|H

# Requirements *Not* Found in the Merger Agreement

- *No* requirement that Innogy meet Milestones or even *try* to meet Milestones

- *No* requirement that Innogy construct any project

- *No* standard of care with respect to construction

- *No* required schedule for projects which Innogy does opt to construct

- *No* minimum expenditure or best efforts requirement for construction

- *No* link between Milestone Payments and expiration of tax credits

28

P|H

# Merger Agreement, Annex 1

Execution Version

### c.    If an Adverse Change in PTC Law occurs

If there is an Adverse Change in PTC Law with respect to the Cassadaga Project on or before the date on which it reaches its Payment Milestone, the Payment Milestone Amount shall be reduced by $3.5 million for every $1 per megawatt hour by which the PTC Base Rate is reduced as a consequence of such Adverse Change in PTC Law; provided, that if the PTC Base Rate is reduced to less than $9 per megawatt hour, constituting a reduction of more than $15 per megawatt hour, the Payment Milestone Amount for the Cassadaga Project shall be $0.

TRIREME ENERGY HOLDINGS, INC.

AS THE MEMBER REPRESENTATIVE

DATED AS OF DECEMBER 21, 2017

PX_001

29

P|H



## April 2018 Innogy Presentation to SE Board:
## NYISO and National Grid Move COD to Late 2020

**Project Aura**

confidential

# Cassadaga Schedule Risk (2020 Target COD)



innogy

- Original plan was for a 2019 COD, with energization in Sept 2019; however, NYISO released new Facility Study (Part 1) in March 2018 (after signing Merger Agreement) indicating energization of the interconnect in Oct. 2020, reducing the time buffer available to commission Cassadaga from 15 months to 3 months

31   PX_072 at 5

P|H



July 26, 2018
Innogy Closes on Cassadaga

33

PIH

# Innogy Submits Army Corps Permit Application

## Joint Application for Permit

Submitted to the Buffalo District Office of the U.S. Army Corps of Engineers
and the New York State Board on Electric Generation and the Environment

for the

**Cassadaga Wind Project**

Towns of Cherry Creek, Charlotte, Stockton, and Arkwright

**Signature of Applicant**

Andrew Young

**Date**

3. AUG. 2018

Applicant Must be (check all that apply): ☑ Owner   ☑ Operator   ☑ Lessee

Cassadaga Wind, LLC
1251 Waterfront Place, 3rd Floor
Pittsburgh, PA 15222

Prepared by:

**edr**

Environmental Design & Research, Landscape Architecture,
Engineering & Environmental Services, D.P.C.
217 Montgomery Street, Suite 1000
Syracuse, NY 13202

DX050 at 10

34

PIH

# Innogy Considers Alternatives in Connection with Final Investment Decision ("FID")

P|H

## May 21, 2019 – Innogy Board Presentation in Connection with FID



# May 21, 2019 – Cassadaga Final Investment Decision ("FID")

innogy SE                                    Confidential

| Please indicate decision or information | | Please indicate Segment or Board |
|---|---|---|
| x DECISION | □ INFORMATION | Segment Renewables |
| Please indicate if discussion within a meeting or as circulation paper | | |
| x For discussion in the innogy SE Board on: 21ˢᵗ May 2019 | | □ Circulation paper for innogy SE Board |
| Name of proposal: Wind Farm Project Cassadaga, New York, USA (Final Investment Decision [FID]) | | |
| Type of proposal: Please cross with "x" where applicable □ Budget request □ M&A request | x Capex request | □ Other request |

_WTG Supply:_ Turbine supply and transportation capacity is already constrained for 2019-2020 due to the high demand for onshore wind projects being constructed to come online before the 2020 ITC/PTC deadline. Therefore, it is necessary to sign the relevant turbine supply, and transportation contracts in Q2-2019 to secure equipment and price certainty, driving the need to request FID now.

for sign off mid June 2019.

Fully Bundled Offtake: Cassadaga is fully contracted via seven Power Purchase Agreements ("PPAs") with investment grade

_Decision Timeframe:_ FID needs to be taken now in order to mitigate potential schedule challenges. Time critical contracts such as the Large Generator Interconnection Agreement does not accommodate a Limited Notice Structure (LNTP). Interconnection is a major driver of the project schedule for a 2020 COD.

- that MUs retain authority to enter into all relevant contracts for the Project subject to needed departmental approvals and processes. (For a complete overview please refer to Appendix 1, chapter "Relevant Contracts")
- Providing the necessary Parent Company Guarantees (PCG) and forms of security required for the Project's contracts in an amount up to $253m as set forth in Appendix 1, amongst other comprising a Sponsor / Managing Member PCG for no specified amount or tenor customary in Tax Equity Structures.
- Ⅲ   Tax Equity
- innogy SE board delegates the selection of the Tax Equity investor(s) and execution of the respective agreements to the ExCo Renewables and Head of Group Finance. [Similar approach taken for the Scioto Ridge project FID]

Aligned with: see TAS sheet

Decision of the COO: approved by the COO via ExCo decision

Necessary approvals : please cross with "x" where applicable according to innogy SE investment guideline
x Supervisory Board Innogy SE   x Board Innogy SE   □ COO Segment   □ CFO Segment   □ Other: ___

Debiasing technique applied:
Devil's Advocate (optional mad, see Appendix 2)

PIH

# May 21, 2019 – Cassadaga Final Investment Decision ("FID")

innogy SE                                                    Confidential

| Please indicate decision or information | Please indicate Segment or Board |
|---|---|
| x DECISION    □ INFORMATION | Segment Renewables |
| Please indicate if discussion within a meeting or as circulation paper | |
| x For discussion in the innogy SE Board on:<br>21ˢᵗ May 2019 | □ Circulation paper for innogy SE Board |

| Name of proposal: Wind Farm Project Cassadaga, New York, USA (Final Investment Decision (FID) |
|---|
| Type of proposal: Please cross with "x" where applicable<br>□  Budget request  □  M&A request     x Capex request        □  Other request |
| Responsible Board/ExCo member:<br>Hans Bünting COO innogy renewables | Responsible for proposal:<br>Roy Schwarzer (Sponsor)<br>Andrew Young/Frank Falkenhof (IRUS CEO/COO) |

## 2. Strategic fit evaluation

The Project is a result of our decisions on: USA market entry (2016), Safe Harbor turbine purchase (2016) and the acquisition of EverPower's development pipeline and team (2018), and is the second project opportunity toward achieving our business goals. The Project aids in diversifying innogy's (North-)Europe long portfolio as a valuable meteorological hedge. With COD in 2020, the Project will be a main contributor to our overall onshore target to install 350-500MW of wind energy capacity in the US by the end of 2020.

Funding to be provided to IRUS by way of equity only, or a mix of equity and shareholder loans from its parent company, innogy SE. The Project SPV will be financed by way of equity only from IRUS. Considering the already approved budget of $126.7m (including safe harbor turbine costs, and payments to Terra Firma), the total investment budget is **$348.5m**.
- That IRUS retain authority to enter into all relevant contracts for the Project subject to needed departmental approvals and processes. (For a complete overview please refer to Appendix 1, chapter "Relevant Contracts")
- Providing the necessary Parent Company Guarantees (PCG) and forms of security required for the Project's contracts in an amount up to **$253m** as set forth in Appendix 1, amongst other comprising a Sponsor / Managing Member PCG for no specified amount or tenor customary in Tax Equity structures.
  (i) Tax Equity
- innogy SE board delegates the selection of the Tax Equity investor(s) and execution of the respective agreements to the ExCo Renewables and Head of Group Finance. (Similar approach taken for the Scioto Ridge project FID)

Aligned with: see TAS sheet
Decision of the COO: approved by the COO via ExCo decision

Necessary approvals : please cross with "x" where applicable according to innogy SE investment guideline
x Supervisory Board Innogy SE   x Board innogy SE   □ COO Segment   □ CFO Segment   □ Other : ___

De-biasing technique applied:
Devil's Advocate (optional read, see Appendix 2)

DX082 at 2

P I H

# May 21, 2019 – Cassadaga Final Investment Decision ("FID")

innogy SE                                                   Confidential

| Please indicate decision or information | | Please indicate Segment or Board |
|---|---|---|
| x DECISION | □ INFORMATION | Segment Renewables |

Please indicate if discussion within a meeting or by circulation paper

| x For discussion in the innogy SE Board on: 21ᵗ May 2019 | □ Circulation paper for innogy SE Board |
|---|---|

Name of proposal: Wind Farm Project Cassadaga, New York, USA (Final Investment Decision (FID))

Type of proposal: Please cross with "x" where applicable
○ Budget request ○ M&A request   x Capex request        ○ Other request

| Responsible Board/ExCo member | | Responsible for proposal |

- **Permitting risk: schedule delays receiving Article 10 second amendment approval for POI location and USACE wetlands permit. If both permits are not obtained, achieving a 2020 COD is unlikely.**

permit for the interconnect substation area remains outstanding. The Project will qualify for the full 30% investment Tax Credit (ITC) by meeting the IRS requirements through (a) utilizing 10 Safe Harbor Turbines from Siemens Gamesa (SGRE) purchased by innogy in 2016, and (b) achieving commercial operation by end of 2020. Two different wind turbine generator (WTG) types will be used for the Project: 27 units of Nordex N117 and 10 units of SGRE G114. The Turbine Supply Agreements (TSA) with Nordex and SGRE are being negotiated for all major commercial terms and are expected to be ready for sign off mid-June 2019.

Fully Bundled Offtake: Cassadaga is fully contracted via seven Power Purchase Agreements ("PPAs") with investment grade utilities, each with a 20 year term.

**Decision proposal:**
Following the approving statement the innogy SE board approves as defined below.
A) Wind Farm Construction
- A budget of **$219.7m** for all investments needed for the remaining development, the full engineering, procurement and construction (EPC) multi-contract approach of the Project, which will be owned by innogy Renewables US LLC (IRUS). Funding to be provided to IRUS by way of equity only, or a mix of equity and shareholder loans from its parent company, innogy SE. The Project SPV will be financed by way of equity only from IRUS. Considering the already approved budget of $128.7m (including safe harbor turbine costs, and payments to Terra Firma), the total investment budget is **$348.5m**.
- That IRUS retain authority to enter into all relevant contracts for the Project subject to needed departmental approvals and processes. (For a complete overview please refer to Appendix 1, chapter "Relevant Contracts")
- Providing the necessary Parent Company Guarantees (PCG) and forms of security required for the Project's contracts in an amount up to **$253m** as set forth in Appendix 1, amongst other comprising a Sponsor / Managing Member PCG for no specified amount or tenor customary in Tax Equity structures.
B) Tax Equity
- innogy SE board delegates the selection of the Tax Equity investor(s) and execution of the respective agreements to the ExCo Renewables and Head of Group Finance. (Similar approach taken for the Scioto Ridge project FID)

Aligned with: see TAS sheet

**Decision of the COO:** approved by the COO via ExCo decision

Necessary approvals : please cross with "x" where applicable according to innogy SE investment guideline
x Supervisory Board innogy SE   x Board innogy SE   □ COO Segment   □ CFO Segment   □ Other: ___

**Debiasing technique applied:**
Devil's Advocate (rational read, see Appendix 2).

PIH

# Testimony of Frank Falkenhof



PX_017 at 78:10-79:3

P|H



# Post-FID

P|H

# July 26, 2019 Email from A. Young to J. Spencer & R. Brinklow

| Message | |
|---|---|
| From: | Young, Andrew |
| Sent: | 7/26/2019 5:55:24 PM |
| To: | 'Jim Spencer' [jspencer@triremedevelopment.com] |
| CC: | Ross.Brinklow@terrafirma.com |
| BCC: | Falkenhof, Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1bf29faf2656420bbab825289541972e-Falkenhof, Frank]; Vought, Tim [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e6cb026b3a3240aeb2a76acd0fc1c7a2-Vought, Tim]; Casey, Richard [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59fe79c7007c4cc3bb5983df0cc50fd6-Casey, Rich] |
| Subject: | RE: Baron Winds Supplemental Update - TED |

In regards to your previous inquiry regarding Cassadaga, which is far more advanced development-wise, we have decided internally to keep advancing the project. In furtherance of that approach, we have made the necessary commitments and major payments with turbine suppliers to deliver turbines in time to support a 2020 COD. There are, of course, still several hurdles and some outstanding permits and development items to secure to assure we can achieve the 2020 COD, most of which are outlined in the July 3 quarterly update we sent.

so. As a result, we recently determined that the project's schedule will need to be delayed toward a 2021 COD.

In regards to your previous inquiry regarding Cassadaga, which is far more advanced development-wise, we have decided internally to keep advancing the project. In furtherance of that approach, we have made the necessary commitments and major payments with turbine suppliers to deliver turbines in time to support a 2020 COD. There are, of course, still several hurdles and some outstanding permits and development items to secure to assure we can achieve the 2020 COD, most of which are outlined in the July 3 quarterly update we sent.

I hope this helps. Please let us know if you have any further questions.

Regards,

**PX_142**

42

PIH

# August 5, 2019 Internal Emails between J. Spencer and R. Brinklow

From:      Jim Spencer [jspencer@triremedevelopment.com]
Sent:      8/5/2019 2:12:31 PM
To:        Ross Brinklow [Ross.Brinklow@terrafirma.com]
Subject:   Re: Baron

> On Aug 5, 2019, at 1:35 PM, Ross Brinklow <Ross.Brinklow@terrafirma.com> wrote:
>
> Ok. We need to get the payment before October 1 or we have to wait until COD I believe. That's why this month I think we should get more aggressive with them
>
> -----Original Message-----
> From: Jim Spencer [mailto:jspencer@triremedevelopment.com]
> Sent: 05 August 2019 15:59
> s
> **From:**       Jim Spencer [jspencer@triremedevelopment.com]
> c
And
sta
> s Let's see if we can use this consent they need to leverage them.   I have a
>> Litigator looking at the circumstances
>>
>> I recall we agreed to remove any deadline on Baron with Innogy, so that's good. We still have CPC and the Four Seasons private homes in the fund for another year I suspect.
>>
>> Any further update on Cassadaga? I want to start putting pressure on them soon.
>>
>> -----Original Message-----
>> From: Jim Spencer [mailto:jspencer@triremedevelopment.com]
>> Sent: 31 July 2019 02:27
>> To: Ross Brinklow <Ross.Brinklow@terrafirma.com>
>> Subject: [External] Baron

**DX093**

43

P|H

# August 13, 2019 Letter from J. Spencer to Innogy

<u>VIA EMAIL</u>

August 13, 2019

Innogy Renewable
200 N. LaSalle Str
Suite 2301
Chicago, IL
Attn: Andrew You
Tobias Bage
Gunnar Helt

Re: Cassac

Gentlemen:

Reference
December 21, 201
Renewables US L
Energy Developm
Holdings, Inc. Cap
ascribed to such te
Purchaser pursuan
Representative bel
occurred and that
Project is due.

In accorda
be paid to the Con
Company Membe

In accordance with the Agreement, the Payment Milestone Amount of $69,700,000 is to be paid to the Company Member by wire transfer of immediately available funds to the Company Member.

Sincerely,

**Trireme Energy Holdings, Inc.**

James Spencer
President & Chief Executive Officer

Trireme Energy Holdings, Inc.

James Spencer
President & Chief Executive Officer

**DX095**

44

PIH

# September 26, 2019 Email from J. Spencer to Innogy

| Message | |
| --- | --- |
| **From:** | Jim Spencer<jspencer@triremedevelopment.com> |
| **Sent:** | 9/26/2019 3:08:51 PM |
| **To:** | Young, Andrew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=21c25d9eeabe403c9ffe69fb0fd32e92-Young, Andr] |
| **CC:** | Mary Lappas [Mary.Lappas@terrafirma.com]; Taylor, Kimberly A. [kimberly.taylor@morganlewis.com]; Casey, Richard [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59fe79c7007c4cc3bb5983df0cc50fd6-Casey, Rich]; 'Ross Brinklow <Ross.Brinklow@terrafirma.com> (Ross.Brinklow@terrafirma.com)' [Ross.Brinklow@terrafirma.com] |
| **Subject:** | Cassadaga |

This email is notice that the Member Representative is withdrawing the notice given pursuant to Section 3.3(b)(i) that the Payment Milestone with respect to the Cassadaga Project had occurred as of August 13, 2019. This email notice is without prejudice to any of the Member Representative's rights, and the Member Representative expressly reserves all rights, including with respect to whether the Purchaser has satisfied the applicable Standards of Care with respect to the Cassadaga Project.

James Spencer,
Member Representative

DX106

45

PIH

# December 2019 Terra Firma Presentation

All figures are USD million (unless otherwise stated)

| Pipeline | MW | Expected payout date | Maximum agreed gross earn-out payment | Expected earn-out payment | Comments |
|---|---|---|---|---|---|
| Scioto Ridge | 200 | N/A | N/A | N/A | - Payment of $9.4m received in two tranches during 2018<br>- No further payments due on the project |
| Mud Springs | 240 | N/A | N/A | N/A | - Payment of $3.7m received May 2019 currently held within TEHI structure<br>- No further payments due on the project |
| Cassadaga | 126 | Q3/Q4 2020 | 69.7 | 41.8 | - Awaiting final permit to start construction, expected Q1 2020<br>- Earn-out payment to be received on COD, expected to be Q4 2020<br>- Earn-out calculation explained on page 3 |

60% probability
weighting

DX125 at 3

P I H

46

# December 19, 2019, Cassadaga Obtains Army Corps Permit

**From:** Readling, Chip
**Sent:** Thursday, December 19, 2019 10:50 PM

Wanted to share some holiday cheer prior to the end of 2019.

Today, Cassadaga Wind received its wetland permit documents from the Army Corps of Engineers! This is a huge milestone for Cassadaga and will allow us to proceed with full project construction.

Big congratulations to our own Pat McCarthy, Director of Environmental Affairs and Permitting for leading the permitting efforts. Also big congrats to Leah Grossman (Project Development Manager), Stephanie Ottey (Development Associate) and everyone else involved with moving the project forward.

Great job, and let's keep pushing towards COD!

Chip

PX_176

47

P|H



COVID

P|H

# March 22, 2020, New York Executive Order 202.8



utilize. Each employer shall reduce the in-person workforce at any work locations by 100% no later than March 22 at 8 p.m. Any essential business or entity providing essential services or functions

**Executive Chamber**

No. 202.8

### EXECUTIVE ORDER

Continuing Temporary Suspension and Modification of Laws
Relating to the Disaster Emergency

49

P|H

# April 8, 2020 Email Granting Limited Exemption

Message

From: Sundstrom, Craig [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN-RECIPIENTS/CN=AC39CF968159AC8C9881E25F8CB3EFCE-SUNDSTROM,]

Sent: 4/8/2020 12:18:06 AM

To: Falkenhol, Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn-Recipients/cn=1bf29faf2656420b4ab6253d9541972=-Falkenhof, Frank]; Casey, Richard [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=69fo79c7007c6cc0bb5963df0cc50f46-Casey, Rich]; Puterbough, Jeff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0c047568ca164572b5dc0e69c6af06cb-Puterbough,]; Watan, Jade [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2f2a15732645aef5b06fadda43c612f-Waton, Jad]; Roading, Chip [/o=ExchangeLabs/ou=Exchange Administrative Group

Please see the most recent communication from the New York governor's office regarding construction activity at Cassadaga, below and attached. Consistent with a call we had with the governor's team, DPS, and NYSERDA this evening, only the following work will be authorized at Cassadaga Wind through April 29:

Make-safe work and work related to (1) Point of Interconnection in the switchyard, a joint effort between Cassadaga and National Grid (approximately 12 workers), (2) erection of meteorological towers (Met Towers) to collect necessary data (approximately 5 workers), and (3) Stormwater Stabilization to ensure that access roads and laydown and staging areas are stabilized (approximately 3 workers, on an as-needed basis).

CC:

Subject: ............................

Attachments: 040420 second supplemental Cassadaga Wind exemption request.pdf

Please see the most recent communication from the New York governor's office regarding construction activity at Cassadaga, below and attached. Consistent with a call we had with the governor's team, DPS, and NYSERDA this evening, only the following work will be authorized at Cassadaga Wind through April 29:

Make-safe work and work related to (1) Point of Interconnection in the switchyard, a joint effort between Cassadaga and National Grid (approximately 12 workers), (2) erection of meteorological towers (Met Towers) to collect necessary data (approximately 5 workers), and (3) Stormwater Stabilization to ensure that access roads and laydown and staging areas are stabilized (approximately 3 workers, on an as-needed basis).

**DX142**

P|H

# April 1-2, 2020 Emails Between Spencer and Readling

**From:** Jim Spencer <jspencer@triremedevelopment.com>
**Sent:** Wednesday, April 1, 2020 6:02 AM

Chip,

It would be helpful to understand the status of construction at the site.  I realize the FNTP was issued last month but what can you tell us beyond that?

| | |
|---|---|
| **From:** | Readling, Chip [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=678B342807D0417BA368276BFCFB7E43-READLING, C] |
| **Sent:** | 4/2/2020 12:08:49 AM |
| **To:** | Jim Spencer [jspencer@triremedevelopment.com] |
| **CC:** | ross.brinklow@terrafirma.com; Falkenhof, Frank [/o=ExchangeLabs/ou=Exchange Administrative Group |

Hi Jim,

I'll get a construction update and provide some information. We are on track for a Q4 2020 COD however the rapidly evolving COVID-19 situation in New York may result in a temporary shutdown of our construction activities at Cassadaga. This is a dynamic situation. Regardless, I'll provide info on the construction status.

51  PX_234

P|H

# April 2, 2020 Internal Terra Firma Email

From:      Ross Brinklow [Ross.Brinklow@terrafirma.com]
Sent:      4/9/2020 3:52:16 PM
To:        Ashley Richardson [Ashley.Richardson@terrafirma.com]
CC:        Eoin Hyland [Eoin.Hyland@terrafirma.com]
Subject:   RE: EvP valuation

Hi Ashley

My recommendation would be half of what we have now - so 30%. Would you agree with that?

Thanks

**From:** Ashley Richardson
**Sent:** 02 April 2020 09:45
**To:** Ross Brinklow <Ross.Brinklow@terrafirma.com>
**Cc:** Eoin Hyland <Eoin.Hyland@terrafirma.com>
**Subject:** RE: EvP valuation

Thanks I

Is Innogy's development subject to finance? Is the likelihood of commencing in December now impacted by recent events?

Can they even start on site with social distancing restrictions? There must be a backlog on existing projects building up, that could impact the start point of new projects. The issue I see here is that this earn out is time bound to December.

| | |
|---|---|
| 60% | 70,206 |
| 50% | 64,334 |
| 40% | 58,463 |
| 30% | 52,591 |
| 20% | 46,720 |
| 10% | 40,848 |
| 0% | 34,977 |

**DX144**

PIH

52

# April 9, 2020, Ross Brinklow Reduces Likelihood of 2020 COD from 60% to 30%

**December 2019**

All figures are USD million (unless otherwise stated)

| Pipeline | MW | Expected payout date | Maximum agreed gross earn-out payment | Expected earn-out payment | Comments |
|----------|-----|----------------------|---------------------------------------|---------------------------|----------|
| Cassadaga | 126 | Q3/Q4 2020 | 69.7 | 41.8 | • Awaiting final permit to start construction, expected Q1 2020<br>• Earn-out payment to be received on COD, expected to be Q4 2020<br>• Earn-out calculation explained on page 3 |

**60% probability weighting**

DX125

**From:** Ross Brinklow [Ross.Brinklow@terrafirma.com]
**Sent:** 4/9/2020 3:52:16 PM
**To:** Ashley Richardson [Ashley.Richardson@terrafirma.com]
**CC:** Eoin Hyland [Eoin.Hyland@terrafirma.com]
**Subject:** RE: EvP valuation

Hi Ashley

My recommendation would be half of what we have now - so 30%. Would you agree with that?

DX144

P|H

53

# Late April Terra Firma Presentation

CASSADAGA UPDATE Q1 2020                                    terra firma

- The Cassadaga project is a 126 MW project and the most valuable development asset in the portfolio acquired by Innogy in 2018.

- TED would receive a maximum earn-out payment of $69.7m if the project is to reach COD by 2020. If COD is not achieved by this date, no payment is due.

- Following the Covid-19 outbreak, it was decided to move the probability weighting of the project achieving its payment milestone downwards from 60% to 0% due to the following:
    - The project is located in New York state, the worst affected area of United States with over 250,000 confirmed cases of Covid-19 as at 20 April
    - It is not clear that construction work on the project could continue in the same manner and at the same pace given social distancing measures and working restrictions
    - Wind developers are lobbying the government to extend eligibility for tax credits through to 2021 – wind developers that miss the deadline of 31 Dec 2020 are not eligible to receive the full tax credit under the current regime

DX259 at 3

54                                                          P|H

# Sample Subcontractor COVID Policies



7. For any Field or Office Employee that knowingly have been exposed to a quarantined or infected person, they shall remain home for a minimum of 2-weeks. If Field or Office Employees do stay home, established notification procedures shall be followed.





There is a strict ban on our premises of anyone having symptoms or having been in contact with confirmed or suspected novel coronavirus pneumonia patient during the last 15 days.

**Travel:** Effective immediately, employees shall avoid all mass transit (e.g., planes, trains, buses, etc.) to or from their current locations for business travel. Anyone who uses mass transit travel will not be allowed in the office or on site for 14 days from the date of their return (assuming they have no symptoms and have not been in contact with anyone who has been diagnosed with COVID-19). Employees who are currently working at a project site should

DX141

55

PIH

# Additional Restrictions and Challenges



All travelers entering New York from a state with a positive test rate higher than 10 per 100,000 residents, or higher than a 10% test positivity rate, over a seven day rolling average, will be required to quarantine for a period of 14 days consistent with Department of Health regulations for quarantine.



No. 205

EXECUTIVE ORDER

Executive Order 205, Issued June 24, 2020

## The New York Times

### *How the Virus Slowed the Booming Wind Energy Business*

Renewable energy developers have struggled to finish projects as the pandemic disrupts construction and global supply chains.

October 26, 2020 *New York Times* Article

PIH

56

# American Wind Energy Association ("AWEA") Lobbies for Extension of Safe Harbor Deadline



P|H

# May 2020 - Tax Credit Deadline is Extended

 **IRS**

## Treasury, IRS provide safe harbor for taxpayers that develop renewable energy projects

Because COVID-19 has caused industry-wide delays in the supply chain for components needed to complete renewable energy projects otherwise eligible for important tax credits the IRS has issued Notice 2020-41 [PDF] to provide tax relief to affected taxpayers.

IR-2020-106, May

WASHINGTON —
taxpayers that de

biomass, geothermal, landfill gas, trash, and hydropower, and use technologies such as solar panels, fuel cells, microturbines, and combined heat and power systems.

Because COVID-19 has caused industry-wide delays in the supply chain for components needed to complete renewable energy projects otherwise eligible for important tax credits the IRS has issued Notice 2020-41 [PDF] to provide tax relief to affected taxpayers.

For some projects that began construction in 2016 or 2017, Notice 2020-41 adds an extra year to the four year "Continuity Safe Harbor" provided in existing guidance, such that if these projects are placed in service in five years construction will be deemed continuous.

DX158

58

P|H

# Construction Resumes on Cassadaga

P|H

# May 19, 2020 Letter from Innogy to O'Connell

innogy

**VIA: UPS OVERNIGHT MAIL**

O'Connell Electric Company, Inc.
830 Phillips Road
Victor, NY 14564
Attn: Victor E. Salerno

May 19, 2020

Re: Cassadaga Wind LLC - Notice of Reopening

Dear Mr. Salerno:

Innogy received notice today that Phase I reopening is effective immediately for the Western New York Region. As part of the Phase I reopening, construction can resume at Cassadaga Wind Project.

Cassadaga Wind LLC

By: _____
Jeff Puterbaugh
Senior Director of Construction

cc:   Michael Parkes, Vice President, Power Group, O'Connell Electric Company, Inc.
      Richard Casey, General Counsel & Secretary, Innogy Renewables US LLC
      Amanda Finelli, Assistant General Counsel, Innogy Renewables US LLC
      Jade Walton, Project Manager, Innogy Renewables US LLC
      David Clark, Construction Site Manager, Innogy Renewables US LLC
      Cesar Mendoza, Assistant Project Manager, Innogy Renewables US LLC

DX153

60

PIH

# May 21, 2020 Minutes of Call with JBS

| | | |
|---|---|---|
| Cassad<br>Conferen | **Cassadaga Weekly Progress Meeting** | **5/21/20** |

Attendee
JBS – Jere
Brenda Sl
Innogy – .
Savage, K
Westwoo
Techratec

\*Bold der

## Attendees:

**JBS** – Jeremy Ingram, Branen Hurst, **Marc Scott**, Ben Ingram, Dusty Clarke, Robin Phillips, **Brenda Shore, Bill Ward**

**Innogy** – Jeff Puterbaugh, **Jade Walton, Randy Buntjer**, Katrina Blanchard, **Mattia Rauzi, Will** Savage, Kenny McGarry, Bob Crier

Safety:
N/A

## General Discussion:

Progress
N/A

Schedule
N/A

Administ

RFIs:
- 0(
- 0(
- 0(
- 0(

- **Jade** Can you give us a timeline for the mobilization?
- **Marc** We are looking at the email and making sure we understand all the requirements. Once we get all the things we need for the requirements at the jobsite, we can get started back up.
- **Randy** Is there some kind of estimate on when you can be back on the job site?   We need to get Jeremy back on the job site and we need to notify the township.
- **Branen** We are going to get our guys on the jobsite fairly quickly and we need to get the subcontractors back there also. In general we are looking at possibly 2 weeks.  We have

**PX_492A**

P|H

# JBS Schedule Provided June 25, 2020

Message
From:      Branen Hurst [branen@jbsone
Sent:      6/26/2020 10:15:43 PM
To:        Walton, Jade [/o=Exchange Lat
           [FYDIBOHF23SPDLT]/cn=Recip
           [happy.schimaf@jbsenergysolu
CC:        Puterbaugh, Jeff [/o=Exchange
           [FYDIBOHF23SPDLT]/cn=Recip
           [Cassadaga@jbsenergysolution
Subject:   Re: Revised Schedule
Attachments: Cassadaga Exhibit B-1 - JBS Mil
           20.pdf

Jade,
Please see the attached updated Miles
continuing to work on what kind of acc
delay so we know what we are acceler
when he's back and you both have had
Thanks,

Branen Hurst | General Manager
2034 Hamilton Place Blvd. | 4th Floor | Chattanoc
O: 423.443.4190 | D: 423-290-1758 | M: 706-48



From: jade.walton@innogy.com <jade.wa
Sent: Friday, June 26, 2020 11:48 AM
To: Branen Hurst <branen@jbsenergysolu
Marc Scott <marc@jbsenergysolutionsllc.c
Cc: jeff.puterbaugh@innogy.com <jeff.put
Subject: RE: Revised Schedule

Branen,

Thank you for the update.

When can we expect the accelerated sche

Thank you.

## Cassadaga

Exhibit B-1 - Milestone Dates

| Milestone | Responsibility | Target Milestone Date | Guaranteed Completion Date |
|---|---|---|---|
| Site Mobilization | Contractor | | |
| Access Road & Foundation Group NW (10) (also includes Temporary road improvements) | Contractor | September 16, 2020 | September 25, 2020 |
| Access Road & Foundation Group West (4) + T31 & T40 | Contractor | September 30, 2020 | |
| Access Road & Foundation Group E (3) + T51 & T55 | Contractor | October 20, 2020 | October 29, 2020 |
| Access Road & Foundation Group NE (9) | Contractor | October 30, 2020 | |
| Access Road and Foundation Group SE (7) | Contractor | November 17, 2020 | November 26, 2020 |
| Guaranteed Substantial Completion | Contractor | | December 21, 2020 |
| Final Completion | Contractor | January 11, 2020 | |

NOTE: This schedule represents a day for day delay slide of 10 weeks.

# June 25-26, 2020 Emails between J. Walton and JBS

Message

| From: | Branen Hurst [branen@jbsenergysolutionsllc.com] |
|---|---|
| Sent: | 6/26/2020 10:15:43 PM |
| To: | Walton, Jade [/o=ExchangeLabs/ou=Exchange Administrative Group [FYDIBOHF23SPDLT]/cn=Recipients/cn=2f2a157326454ef5b068adda43eb32ff-Walton, Jad]; Happy Schimpf [happy.schimpf@jbsenergysolutionsllc.com]; Marc Scott [marc@jbsenergysolutionsllc.com] |
| CC: | Puterbaugh, Jeff [/o=ExchangeLabs/ou=Exchange Administrative Group [FYDIBOHF23SPDLT]/cn=Recipients/cn=0c04756bca164572b5dc0eb9c6af06cb-Puterbaugh,]; Cassadaga [Cassadaga@jbsenergysolutionsllc.com] |

| Subject: | Re: R: |
|---|---|
| Attachments: | Cassa |
| | 20.pd |

Gents,

Jade,
Please see the att
continuing to wor
delay so we know
when he's back ar

Thanks,

Thank you for the schedule. As was previously discussed, the revised sequencing schedule is in line with the revised milestone that have been agreed upon.



Branen Hurst | Gen
2034 Hamilton Place I
O: 423.443.4190 | D: c

Innogy rejects the 12 week schedule extension proposal.

For future consideration, Innogy will be looking for context and justification on why a 43 day work suspension translates into a 84 day schedule extension.  Innogy acknowledges the need for re-mob and limited reclamation, but 41 days to complete those scopes is not acceptable.

-Jade

From: jade.walton(
Sent: Friday, June 2
To: Branen Hurst <B
Marc Scott <marc@
Cc: jeff.puterbaugh@innogy.com <jeff.puterbaugh@innogy.com>; Cassadaga <Cassadaga@jbsenergysolutionsllc.com>
Subject: RE: Revised Schedule

Branen,

Thank you for the update.

**PX_308**

63

P I H

# Revised JBS Schedule Provided July 16, 2020

From: Happy Schimpf <happy.schimpf@jbsenergysolutionsll
Sent: Thursday, July 16, 2020 7:46 PM
To: Walton, Jade <jade.walton@rwe.com>; Buntjer, Randy <
<jeff.puterbaugh@rwe.com>; Savage, Will <will.savage.exte
Cc: Branen Hurst <branen@jbsenergysolutionsllc.com>; Mai
<jeremy@jbsenergysolutionsllc.com>
Subject: RE: Schedule-revised

Jade,
Attached is the revised schedule discussed previously.
Let us know if any questions but this has been reviewed ext
Again, my apologies for my error yesterday on the wrong sch
Thanks,

**Happy Schimpf | Project Manager**
2034 Hamilton Place Blvd. | 4th Floor | Chattanooga, TN 374
O: 423.443.4190 | C: 423.619.1651
happy.schimpf@jbsenergysolutionsllc.com



From: jade.walton@rwe.com <jade.walton@rwe.com>
Sent: Wednesday, July 15, 2020 5:31 PM
To: Happy Schimpf <happy.schimpf@jbsenergysolutionsllc.c
will.savage.extern@rwe.com
Cc: Branen Hurst <branen@jbsenergysolutionsllc.com>; Mai
<jeremy@jbsenergysolutionsllc.com>
Subject: RE: Schedule-revised

Happy,

| Cassadaga Civil Schedule | | | |
|---|---|---|---|
| **Milestones** | 83 days | Wed 9/2/20 | Mon 12/28/20 |
| Access Road & Foundation Group NW (10) (also includes Temporary road improvements) | 0 days | Wed 9/2/20 | Wed 9/2/20 |
| Access Road & Foundation Group W (4) + T31 & T40 | 0 days | Wed 9/16/20 | Wed 9/16/20 |
| Access Road & Foundation Group E (3) + T51 & T55 | 0 days | Tue 10/6/20 | Tue 10/6/20 |
| Access Road & Foundation Group NE (9) | 1 day | Fri 10/16/20 | Fri 10/16/20 |
| Access Road and Foundation Group SE (7) | 1 day | Tue 11/3/20 | Tue 11/3/20 |
| Guaranteed Substantial Completion | 0 days | Mon 12/7/20 | Mon 12/7/20 |
| Final Completion | 0 days | Mon 12/28/20 | Mon 12/28/20 |

PIH

## Rejected JBS Schedule (provided June 25, 2020)

### Cassadaga

Exhibit B-1 - Milestone Dates

| Milestone | Responsibility | Target Milestone Date | Guaranteed Completion Date |
|---|---|---|---|
| Site Mobilization | Contractor | | |
| Access Road & Foundation Group NW (10) (also includes Temporary road improvements) | Contractor | September 16, 2020 | September 25, 2020 |
| Access Road & Foundation Group West (4) + T31 & T40 | Contractor | September 30, 2020 | |
| Access Road & Foundation Group E (3) + T51 & T55 | Contractor | October 20, 2020 | October 29, 2020 |
| Access Road & Foundation Group NE (9) | Contractor | October 30, 2020 | |
| Access Road and Foundation Group SE (7) | Contractor | November 17, 2020 | November 26, 2020 |
| Guaranteed Substantial Completion | Contractor | | December 21, 2020 |
| Final Completion | Contractor | January 11, 2020 | |

**NOTE: This schedule represents a day for day delay slide of 10 weeks.**

## PX_308A

## Revised JBS Schedule (provided July 16, 2020)

| Cassadaga Civil Schedule | | | |
|---|---|---|---|
| **Milestones** | **83 days** | **Wed 9/2/20** | **Mon 12/28/20** |
| Access Road & Foundation Group NW (10) (also includes Temporary road improvements) | 0 days | Wed 9/2/20 | Wed 9/2/20 |
| Access Road & Foundation Group W (4) + T31 & T40 | 0 days | Wed 9/16/20 | Wed 9/16/20 |
| Access Road & Foundation Group E (3) + T51 & T55 | 0 days | Tue 10/6/20 | Tue 10/6/20 |
| Access Road & Foundation Group NE (9) | 1 day | Fri 10/16/20 | Fri 10/16/20 |
| Access Road and Foundation Group SE (7) | 1 day | Tue 11/3/20 | Tue 11/3/20 |
| Guaranteed Substantial Completion | 0 days | Mon 12/7/20 | Mon 12/7/20 |
| Final Completion | 0 days | Mon 12/28/20 | Mon 12/28/20 |

## PX_417A

P|H

# August 6, 2020 Letter from JBS



August 6, 2020

Cassadaga Wind, LLC
c/o RWE Renewables Americas, LLC
150 North Riverside Plaza, Suite 4240
Chicago, IL 60606
Attention: General Counsel
Fax: (312) 2__ ____

Re: Cassada;

Dear Genera

Reference is
Project date
Capitalized
Agreement.

In accordan
hereby prov
due to empl
virus. Contr
returned aft
arriving inte
provide a
requiremen

In accordance with the requirements of Article 11 of the Construction Services Agreement, Contractor hereby provides Notice to Owner of a Material Event for Contractor causing an impact to the Work due to employees of Contractor, and Contractor's Subcontractors, being exposed to the Covid-19 virus. Contractor became aware that several employees had been exposed after test reports were returned after following New York Forward and New York Travel Advisory guidelines for new crews arriving into the State. All employees that were exposed were required to quarantine until they could provide a negative test result per the New York Forward and New York Travel Advisory requirements. The required quarantining of employees has caused an impact to the Work.

Contractor I
an increase t. ___ _____ _____ _____ ___ _____ _____ _____ ____ _____ ____
Improvement dates, Foundation Completion dates, Substantial Completion date, and Final
Completion date based upon the impact of Contractors inability to continue work on foundations for
the project site. We are evaluating the impacts of the delay and using all reasonable commercial
efforts to mitigate the cost and schedule impact of the delay, and will provide more information as
the cost and schedule impacts are more fully known.

JBS Energy Solutions, LLC

Sincerely,

*urbaut*

DX283

P | H

66

# August 20, 2020 Email to JBS

**From:** jade.walton@rwe.com [mailto:jade.walton@rwe.com]
**Sent:** Thursday, August 20, 2020 9:07 AM
**To:** Marc Scott <marc@jbsenergysolutionsllc.com>; Happy Schimpf <happy.schimpf@jbsenergysolutionsllc.com>; Robin Phillips <robin.phillips@jbsenergysolutionsllc.com>; randy.buntjer@rwe.com; will.savage.extern@rwe.com; jeff.puterbaugh@rwe.com
**Cc:** Branen Hurst <branen@jbsenergysolutionsllc.com>; john.badeusz@rwe.com
**Subject:** RE: Cassadaga - JBS Scope Change Order # 6

Marc,

JBS is currently behind the revised schedule submitted July 16, 2020.  The current schedule shows 6 foundations complete as of today, however, to date 1 foundation is complete.

How does JBS intend to correct the schedule slippage?

I've made a recommendation to John and Jeff to withhold future progress payments until a written recovery plan has been submitted and approved along with corresponding updated CPM schedule.

PX_392

P|H

67

# August 20, 2020 Response from JBS

**From:** Marc Scott <marc@jbsenergysolutionsllc.com>
**Sent:** Thursday, August 20, 2020 10:13 AM
**To:** Walton, Jade <jade.walton@rwe.com>; Happy Schimpf <happy.schimpf@jbsenergysolutionsllc.com>; Robin Phillips <robin.phillips@jbsenergysolutionsllc.com>; Buntjer, Randy <randy.buntjer@rwe.com>; Savage, Will <will.savage.extern@rwe.com>; Puterbaugh, Jeff <jeff.puterbaugh@rwe.com>
**Cc:** Branen Hurst <branen@jbsenergysolutionsllc.com>; Badeusz, John <john.badeusz@rwe.com>; Jeremy Ingram <jeremy@jbsenergysolutionsllc.com>
**Subject:** RE: Cassadaga - JBS Scope Change Order # 6

Hi Jade,

We do have a recovery plan in place. We have already put the following measures in place to increase production:

1. Acquired a third crane to assist with bolt cage/ rebar installations – will arrive tomorrow or Monday.
2. Increased man power – We have mobilized additional crews to assist with the work.
3. Discussed polylithic concrete placements with our supplier. This will allow our concrete provider to utilize their out of town drivers that need to travel 5 hours each day; this travel time cuts into their HOS, which in turn prevents them from being able to legally place concrete monolithically more than once every few days. Therefore, we will place up to two bases in one day, (mornings) and can then place up to two pedestals in the afternoon. The out of town drivers can return home after the base placements, and we can utilize local drivers for the afternoon pedestal placements.

**PX_392**

68

PIH

# August 25, 2020 Emails with JBS

From: Badeu
(FYDIB
Sent: 9/9/20
To: Ortin,
Subject: FW: Sc

From: Happy Schimp
Sent: Tuesday, Augu
To: Badeusz, John <j
<marc@jbsenergysol
<jeremy@jbsenergys
Cc: Puterbaugh, Jeff
<ken.megarry.extern
<ben@jbsenergysolu
Subject: RE: Schedul

John,
Thanks for the reply
For future reference,
Are you filling in for J
I want to make sure
Thanks,

**Happy Schimpf | Project Manager**
2034 Hamilton Place Blvd. | 4th Floor | Chattanooga, TN 37421
O: 423.443.4190 | C: 423.619.1651
happy.schimpf@jbsenergysolutionsllc.com





**From: john.badeusz@rwe.com <john.badeusz@rwe.com>**

This is a big quality problem.

I also understand it's the first foundation/pedestal. We have a chance here to make the next 36 right!

I would expect JBS to identify problems such as these and not rely on Randy's quality inspectors on site exclusively to flush them out [although Randy *will be watching*]. JBS is responsible for JBS' quality.

However, I am relatively new on this project and have seen more than a fair share of reasons why JBS schedule is slipping [Covid, Union, weather, etc.]. All the more reason for our team here to be "hyper careful" to control what we can control and I'd put quality on the top of that list. I trust we will get to the bottom of the "voids" problem whether it

**DX191**

69

P | H

# Projected COD is Adjusted to March 2021

P|H

# September 30, 2020 – Innogy Adjusts Projected COD

Development Update – Q3 2020

September 30, 2020

| STATUS UPDATE | LAND RIGHTS | INTERCONNECT | PERMITTING AND ENVIRONMENTAL STUDIES | PPA / COMMERCIAL OFFTAKE | OTHER MAJOR DEVELOPMENT ITEMS / NOTES |
|---|---|---|---|---|---|
| Scioto Ridge | • Since this project's Payment Milestone has been achieved and paid to TED, the Parties agreed by phone on Dec 11, 2018 to cease reporting its development status. | | | | |
| Cassadaga | • Project Infra: 100%<br>• Setback Agreements (required by permits): 100% complete<br>• Easements: 100%<br>• Gas pipeline crossing agreements: 1 outstanding<br>• Acquired additional laydown yard parcels to mitigate delivery risks | • LGIA fully executed Sept 17, 2019<br>• PJM related upgrade cost details still "TBD" despite weekly calls to PJM.<br>• PJM requires additional Facilities Study related to thermal transfer limits identified in NYISO studies. IRUS signed and funded the Facilities Studies Agreement Nov 2019. Study is Ongoing.<br>• NYSEG upgrades may require reconductoring. This is dependent on whether nearby Ball Hill project is built. NYSEG wishes to push reconductoring construction responsibility onto project owners.<br>• Limited Operation study results received June 4, 2020. The study indicated that no operational restrictions are expected prior to the construction of the PJM-NY transfer upgrades. | • Article 10 "Amendment 2" to accommodate relocation and red... Na... req... wa...<br>• Art... acc... imp... but<br>• US... 201<br>• Wc... by Co...<br>• Wc... by iss...<br>• An... Oc... of... Currently in a 30 day is maintaining approval and requiring additional mitigation acreage. Additional mitigation acreage has been identified. Working to gain approval from DEC.<br>• Permanent met tower has been constructed. | • PPAs remain in effect | • PILOT agreement with Chautauqua County Industrial Dev Agency executed<br>...upgrades.<br>• Approximately 80% of access roads installed<br>• 15 of 37 foundation bases poured; Seven (7) crane pads completed. Voids found in the pedestal of the first foundation poured (T3). Foundation is being removed and completely replaced. Foundation production delays and issues achieving crane pad compaction have put the project and additional 2-3 weeks behind schedule. |

• **Project now estimating a 3.5.2021 COD for all WTG. Project is estimating 6 WTG online by 12.31.2020**

PX_431

PIH

# August 26, 2021 – Cassadaga Achieves COD

## RWE's U.S. Cassadaga Onshore Wind Farm in operation

**Essen, 26 August 2021**



"Cassadaga marks another major accomplishment in our expansion of renewable energy in the U.S. market. As one of the leading onshore wind companies our strategy for renewables is geared for growth. We look forward to providing clean energy and long-term benefits to the local community for years to come."

Silvia Ortín, CEO Wind Onshore and PV, RWE Renewables

P|H

# Amidst COVID, Several Other Projects Miss Target CODs

**RE: Construction Project Update - Key Milestone Dates**

Silvia:

As reference for today's catchup call

**Cranell**
Commissioning status - 70 of 100 WTGs fully commissioned and turned over to Operations
All 100 WTGs fully commissioned by Vestas and turned over to Operations - **August 22, 2020**

Raymond East
Substation energization d      September 7, 2020
All 91 WTGs generating        vember 15, 2020

Raymond West
Substation energization date - Sept      er 7? - September 15, 2020
Vestas turbine deliveries start - Sep    ber 13, 2020
All 109 WTGs generating - Febru        2021

Boiling Springs
Substation energizati    date - October 1, 2020
All 60 WTGs gener          December 15, 2020

Scioto Ridge
Substation energization date - J    23, 2020
All 75 WTGs generating - Nov      er 26, 2020

Cassadaga
Substation energiz      n date - November 15, 2020
All WTGs genera        December 31, 2020?

PX 334

73

P|H





74

P|H

# Plaintiffs' Experts



Richard Fultineer



Mark Mezyk



Michael Hickey

P|H

# Plaintiffs' Experts' Opinion


**Berkeley Research Group**

**Expert Report in connection with:**

1.      Based on our professional experience, it is reasonable to believe that with prudent project and construction management, the Cassadaga Project could have achieved COD in 2020 notwithstanding delays caused by COVID. Delays, and challenges occur on virtually every

Southern District of New York
Civil Action No.: 20-cv-5015 (VEC)

**Related to:**

**Cassadaga Wind Farm Project**

76   DX223 at 12-13

PIH

# Plaintiffs' Experts' Proposals



1. <u>Add resources (labor and/or equipment) to perform the same amount of work in a shorter duration of time</u> – For example, the Cassadaga Project required 37 foundations to be

TRIREME ENERGY HOLDINGS, INC.

I    2. <u>Add a night shift</u>

United States District Court
Southern District of New York
Civil Action No.: 20-cv-5015 (VEC)

3. <u>Work weekends or increase work hours in the work week</u>

Cassadaga Wind Farm Project

P|H

# Article X Permit Prohibits Night Work in Towns Encompassing Project Site

NEW
GENERA

CASE 14-F-0490 - App
Ce
Pul
a

ORDER GRA
COMPATIBIL:

131. In the Towns of Charlotte and Arkwright, construction work hours shall be limited to 7:00 a.m. to 8:00 p.m., on Monday through Saturday, and 8:00 a.m. to 8:00 p.m. on Sunday, with the exception of wind turbine construction activities which may need to occur during extended hours beyond this schedule on an as-needed basis to address unusual circumstances. In the Town of Cherry Creek, construction work hours shall be limited to 6:00 a.m. to 9:00 p.m., Monday through Sunday, with the exception of wind turbine construction activities which may need to occur during extended hours beyond this schedule on an as-needed basis to address unusual circumstances. Construction work hour limits apply to facility construction, and to construction-related activities including the delivery and unloading of materials, and maintenance and repairs of construction equipment at outdoor locations, since these activities can result in extensive noise, large vehicles idling for extended periods at roadside locations, and related disturbances.

PX_536

78

P|H

# Plaintiffs' Experts' Proposals



1. <u>Add resources (labor and/or equipment) to perform the same amount of work in a shorter duration of time</u> – For example, the Cassadaga Project required 37 foundations to be



TRIREME ENERGY HOLDINGS, INC.

2. Add a night shift

United States District Court
Southern District of New York
Civil Action No.: 20-cv-5015 (VEC)

3. <u>Work weekends or increase work hours in the work week</u>

Cassadaga Wind Farm Project

# Expert Response to COVID Related Challenges



Expert Report in connection with:

TRIREME ENERGY HOLDINGS, INC.

v.

INNOGY RENEWABLES US LLC

recover the schedule to meet the project objectives. The COVID pandemic may have been
unprecedented, but the same standard measures used to mitigate delays and overcome
challenges in construction before COVID were applicable during and after COVID. [All]

Prepared by:

Richard Fultineer
Managing Director
rfultineer@thinkbrg.com

Michael Hickey
Independent Consultant
mhickey@thinkbrg.com

Mark Mazyk
Associate Director
mmazyk@thinkbrg.com

Berkeley Research Group
Four PPG Place - 4th Floor
Pittsburgh, PA 15222
412.235.6070

80   DX223 at 4

P|H

# No Studies of Labor or Equipment Availability

 

P|H

172.  IRUS violated its general duty of good faith by purposely evading the spirit of the bargain through inaction and slacking off.  That is, IRUS knowingly and intentionally failed to get back on schedule for a 2020 COD, or even try to do so, because it wanted to avoid triggering the Cassadaga earn-out payment.  Evidence showing IRUS's intent includes:

Plaintiffs' Proposed Findings of Fact and Conclusions of Law (ECF No. 224)

P | H

- Original plan was for a 2019 COD, with energization in Sept 2019; however, NYISO released new Facility Study (Part 1) in March 2018 (after signing Merger Agreement) indicating energization of the interconnect in Oct. 2020, reducing the time buffer available to commission Cassadaga from 15 months to 3 months





- Following the Covid-19 outbreak, it was decided to move the probability weighting of the project achieving its payment milestone downwards from 60% to 0% due to the following:

Hi Jade,

We do have a recovery plan in place. We have already put the following measures in place to increase production:

1. Acquired a third crane to assist with bolt cage/ rebar installations – will arrive tomorrow or Monday.
2. Increased man power – We have mobilized additional crews to assist with the work.

83

P|H