## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TRIREME ENERGY HOLDINGS, INC. and
TRIREME ENERGY DEVELOPMENT, LLC,

                       Plaintiff,                                  20 **CIVIL** 5015 (JLR)

        -against-                                          **JUDGMENT**

INNOGY RENEWABLES US LLC and
INNOGY SE,

                       Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated December 13, 2023, the Court concludes that Plaintiffs have failed to prove that IRUS breached the Merger Agreement's implied covenant of good faith and fair dealing. The Court also finds no breach of the parties' contract as to IRUS's reporting requirements. Therefore, judgment is entered in favor of Defendants on Plaintiffs' implied-covenant and breach-of-contract claims, as well as on Plaintiffs' related claim for a declaratory judgment regarding the Parent Guarantee. Accordingly, the case is closed.

**Dated:** New York, New York
           December 14, 2023

                                                                    **RUBY J. KRAJICK**
                                                                    **Clerk of Court**

                                 **BY:**

                                                                     **Deputy Clerk**