UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIREME ENERGY HOLDINGS, INC. and TRIREME ENERGY DEVELOPMENT, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> INNOGY RENEWABLES US LLC, CASSADAGA WIND LLC, and INNOGY SE, <br><br> *Defendants.* | No. 20-cv-5015 (JLR) (BCM) <br> [rel. 22-cv-7439] |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Trireme Energy Holdings, Inc. and Trireme Energy Development, LLC (collectively "Trireme") in the case captioned above appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on December 14, 2023 (Dkt. 257) in favor of defendants on Trireme's implied-covenant and breach-of-contract claims, as well as on Trireme's related claim for a declaratory judgment regarding the Parent Guarantee, and from any and all of the Court's rulings adverse to Trireme subsumed in the Judgment.

Dated: New York, New York
January 12, 2024

                                                  BAUGHMAN KROUP BOSSE PLLC

                                                  By /s/ John F. Baughman

                                                  John F. Baughman
                                                  George W. Kroup
                                                  Nathaniel E. Marmon
                                                  One Liberty Plaza – 46th Floor
                                                  New York, NY 10006
                                                  (212) 548-3212

                                                  *Attorneys for Plaintiffs Trireme Energy Holdings, Inc. and Trireme Energy Development LLC*